UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER
CORPORATION,

                    Plaintiffs,

        - vs -                                  14 Civ. 14-cv-7510 (JSR)

ACE BERMUDA INSURANCE, LTD;
ARCH SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;        **APPEARANCE**
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE
COMPANY; CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON; and CERTAIN LONDON
MARKET INSURANCE COMPANIES…;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY;
And WESTPORT INSURANCE CORPORATION,

                    Defendant.
------------------------------------------------------------------x

       To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for Defendants Commonwealth Insurance Company, Lexington Insurance Company, Maiden Specialty Insurance Company, SCOR GLOBAL P&C SE, Steadfast Insurance Company, and International Insurance Company of Hannover SE ("IICH"). IICH was sued herein as Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08245. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 21, 2014

                                    MOUND COTTON WOLLAN & GREENGRASS

By: _____
                                    Costantino P. Suriano (CPS-4061)
                                    One New York Plaza
                                    New York, New York 10004
                                    (212) 804-4200
                                    Fax: (212) 344-8066
                                    Defendants Commonwealth Insurance
                                    Company, Lexington Insurance Company,
                                    Maiden Specialty Insurance Company,
                                    SCOR GLOBAL P&C SE, Steadfast
                                    Insurance Company, and International
                                    Insurance Company of Hannover SE