UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER
CORPORATION,
                              Plaintiff,

                                                         14 Civ. 7510 (JSR)

        – against –

ACE BERMUDA INSURANCE, LTD., *et al.*,

                              Defendants.
-------------------------------------------------------------------------x

10/21/14

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
### ACE BERMUDA INSURANCE, LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff National Railroad Passenger Corporation ("Amtrak") hereby voluntarily dismisses this action without prejudice as against Defendant ACE Bermuda Insurance Ltd., which has not yet served an answer or a motion for summary judgment.

This dismissal does not alter the rights of Plaintiff Amtrak or Defendant ACE Bermuda Insurance Ltd. to arbitrate any disputes between them; all such rights under Policy No. NPRC 01281P01A (with the policy period Dec. 1, 2011 to Dec. 1, 2012) and Policy No. NPRC 01281P01B (with the policy period Dec. 1, 2011 to Dec. 1, 2012) are expressly reserved.

This dismissal does not dismiss any other parties, claims or allegations from this case and Amtrak maintains all other claims and allegations against all other defendants named in the complaint.

Dated: New York, New York
October 16, 2014

                                       /s/ Daniel J. Healy
                                       **ANDERSON KILL, L.L.P.**
                                       Rhonda D. Orin (rorin@andersonkill.com)
                                       Daniel J. Healy (dhealy@andersonkill.com)
                                       Marshall Gilinsky (mgilinsky@andersonkill.com)
                                       1717 Pennsylvania Avenue, N.W.
                                       Washington, D.C.  20006
                                       Telephone: (202) 416-6500

                                       Finley T. Harckham
                                       (fharckham@andersonkill.com)
                                       1251 Avenue of the Americas
                                       New York, NY  10020
                                       Telephone: (212) 278-1000

                                       *Attorneys for Plaintiff*

SO ORDERED

[signature]
10-21-14

## CERTIFICATE OF SERVICE

I certify that on October 17, 2014 the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ACE BERMUDA INSURANCE, LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1) was filed with the Clerk of the Court using the Court's CM/ECF system, which completed service to interested parties registered with the system, and was sent by U.S. Mail and e-mail to:

> Catherine A. Mondell, Esq.
> Ropes & Gray, LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA  02199-3600
> Catherine.mondell@ropesgray.com

*Attorney for Defendants:* ACE Bermuda Insurance, LTD.; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. GEP 2944; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08242; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08244 (Companies); Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08244 (Lloyd's); Partner Reinsurance Europe plc; Torus Specialty Insurance Company; and Westport Insurance Corporation.

> Arjang Victory, Esq.
> Bruckmann & Victory, L.L.P.
> 420 Lexington Avenue, Suite 1621
> New York, NY  10170
> victory@bvlaw.com

*Attorney for Defendants:*  Arch Specialty Insurance Company; Aspen Specialty Insurance Company; Federal Insurance Company; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No 507/N11NA08240; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No 507/N11NA08241; Maxum Indemnity Company; Navigators Insurance Company; and RSUI Indemnity Company.

Costantino P. Suriano, Esq.
Mound Cotton Wollan & Greengrass
One New York Plaza, 44th Floor
New York, NY 10004
csuriano@moundcotton.com

*Attorney for Defendants:* Commonwealth Insurance Company; Lexington Insurance Company; Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08245 (Inter Hannover); Maiden Specialty Insurance Company; Scor Global P&C SE; and Steadfast Insurance Company.


Christopher S. Finazzo, Esq.
Finazzo Cossolini O'Leary Meola & Hager, LLC
36 Cattano Avenue
Morristown, NJ 07960
Christopher.finazzo@finazzolaw.com

*Attorney for Defendant:* Liberty Mutual Fire Insurance Company


        _/s/ Houston Sanford_