AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| National Railroad Passenger Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-07510-JSR |
| Ace Bermuda Insurance, Ltd., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Liberty Mutual Fire Insurance Company.

Date:  10/30/2014

/s/ Christopher S. Finazzo
*Attorney's signature*

Christopher S. Finazzo (CF4844)
*Printed name and bar number*

Finazzo Cossolini O'Leary Meola & Hager, LLC
36 Cattano Avenue, Suite 500
Morristown, NJ 07960

*Address*

Christopher.Finazzo@finazzolaw.com
*E-mail address*

(973) 343-4960
*Telephone number*

(973) 343-4970
*FAX number*