AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| National Railroad Passenger Corporation ) <br> *Plaintiff* ) <br> v. ) <br> Ace Bermuda Insurance, Ltd., et al. ) <br> *Defendant* ) | Case No.   1:14-cv-07510-JSR |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Liberty Mutual Fire Insurance Company.

Date:     10/30/2014

/s/ Robert M. Wolf
*Attorney's signature*

Robert M. Wolf (RW6658)
*Printed name and bar number*

Finazzo Cossolini O'Leary Meola & Hager, LLC
36 Cattano Avenue, Suite 500
Morristown, NJ 07960

*Address*

Robert.Wolf@finazzolaw.com
*E-mail address*

(973) 343-4960
*Telephone number*

(973) 343-4970
*FAX number*