Raloff J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

NATIONAL RAILROAD PASSENGER
CORPORATION,

                            Plaintiff,

             v.

ACE BERMUDA INSURANCE, LTD., ARCH
SPECIALTY INSURANCE COMPANY; ASPEN
SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY; LEXINGTON
INSURANCE COMPANY; LIBERTY MUTUAL FIRE
INSURANCE COMPANY; CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON and
CERTAIN LONDON MARKET COMPANIES
Subscribing to Policy Nos. 507/N11NA08240,
507/N11NA08241, 507/N11NA08242,
507/N11NA08244, 507/N11NA08244,
507/N11NA08245 and GEP 2944; MAIDEN
SPECIALTY INSURANCE COMPANY; MAXUM
INDEMNITY COMPANY; NAVIGATORS
INSURANCE COMPANY; PARTNER
REINSURANCE EUROPE plc; RSUI INDEMNITY
COMPANY; SCOR GLOBAL P&C SE; STEADFAST
INSURANCE COMPANY; TORUS SPECIALTY
INSURANCE COMPANY; and WESTPORT
INSURANCE CORPORATION,

                         Defendants.

----------------------------------------------------------------x

:   14 Civ. 7510 (JSR)



## STIPULATION AND [PROPOSED] ORDER
## AMENDING THE CASE CAPTION

    WHEREAS, on October 17, 2014, Plaintiff National Railroad Passenger Corporation

("Amtrak") filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1) voluntarily dismissing this action without prejudice only as against Defendant ACE

Bermuda Insurance Ltd. ("ACE Bermuda");

    WHEREAS, on October 21, 2014, the Court So Ordered that dismissal;

WHEREAS, the parties wish to amend the caption in this action to remove ACE Bermuda from the caption;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that:

1.     The caption in this action shall be amended to remove ACE Bermuda from the caption.  The amended version of the caption shall read:

NATIONAL RAILROAD PASSENGER CORPORATION,

Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY;
ASPEN SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN
LONDON MARKET COMPANIES Subscribing to Policy Nos.
507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244,
507/N11NA08244, 507/N11NA08245 and GEP 2944;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY; and
WESTPORT INSURANCE CORPORATION,

Defendants.

2.     From this date forward, the parties shall solely use the amended version of the caption, with ACE Bermuda removed from the caption.

Dated:  New York, New York
        October 24, 2014

ANDERSON KILL, L.L.P.

By: *Rhonda D. Orin*

Rhonda D. Orin (rorin@andersonkill.com)
Daniel J. Healy (dhealy@andersonkill.com)
Marshall Gilinsky (mgilinsky@andersonkill.com)
1717 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 416-6500

Finley T. Harckham (fharckham@andersonkill.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 278-1000

*Attorneys for Plaintiff.*


ROPES & GRAY LLP

By: *Evan P. Lestelle*

Catherine A. Mondell
(catherine.mondell@ropesgray.com)
800 Boylston Street
Boston, MA  02199
Telephone: (617) 951-7000

Evan P. Lestelle (evan.lestelle@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendants Partner Reinsurance Europe*
*plc, Torus Specialty Insurance Company, Westport*
*Insurance Corporation, and Certain Underwriters at*
*Lloyd's of London and Certain London Market Insurance*
*Companies subscribing to Policy Nos. GEP 2944,*
*507/N11NA08242, 507/N11NA08244, and*
*507/N11NA08244.*

3

**MOUND COTTON WOLLAN & GREENGRASS**

By: *Costantino P. Suriano*

Costantino P. Suriano (csuriano@moundcotton.com)
Bruce R. Kaliner (bkaliner@moundcotton.com)
One New York Plaza
New York, New York 10004
Telephone: (212) 804-4200

*Attorney for Defendants Commonwealth Insurance
Company, Lexington Insurance Company, Maiden
Specialty Insurance Company, SCOR GLOBAL P&C SE,
Steadfast Insurance Company, and International
Insurance Company of Hannover SE.*

**FINAZZO COSSOLINI O'LEARY MEOLA &
HAGER, LLC**

By: *Christopher S Finazzo*

Christopher S. Finazzo
(christopher.finazzo@finazzolaw.com)
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel: (646) 378-2033

*Attorney for Defendant Liberty Mutual Fire Insurance
Company.*

**BRUCKMAN & VICTORY, L.L.P**

By: *Arjang Victory*

Arjang Victory (victory@bvlaw.net)
Timothy G. Church (church@bvlaw.net)
420 Lexington Avenue, Suite 1621
New York, NY 10170
Tel: (212) 850-8500

*Attorney for Defendants Arch Specialty Insurance
Company, Aspen Specialty Insurance Company, Federal
Insurance Company, Certain Underwriters at Lloyd's of
London and Certain London Market Insurance
Companies subscribing to Policy Nos. 507/N11NA08240
and 507/N11NA08241, Maxum Indemnity Company,
Navigators Insurance Company, and RSUI Indemnity
Company.*

4

Dated: 10/30/14

IT IS SO ORDERED:

By: _____

**JED S. RAKOFF**
**UNITED STATES DISTRICT JUDGE**