UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER          :
CORPORATION,                         :
                                     :
                        Plaintiff,  :
                                     :
         v.                         :
                                     :
ARCH SPECIALTY INSURANCE COMPANY;    :   14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY;   :
COMMONWEALTH INSURANCE COMPANY;      :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN           :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES      :
Subscribing to Policy Nos. 507/N11NA08240, :
507/N11NA08241, 507/N11NA08242,      :
507/N11NA08244, 507/N11NA08244,      :
507/N11NA08245 and GEP 2944; MAIDEN  :
SPECIALTY INSURANCE COMPANY; MAXUM   :
INDEMNITY COMPANY; NAVIGATORS        :
INSURANCE COMPANY; PARTNER           :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST :
INSURANCE COMPANY; TORUS SPECIALTY   :
INSURANCE COMPANY; and WESTPORT      :
INSURANCE CORPORATION,               :
                                     :
                      Defendants.  :
                                     :
------------------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Catherine A. Mondell of Ropes & Gray LLP hereby enters her appearance as counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above-captioned action.  I

2

have moved this Court for an order for admission to practice *pro hac vice* to appear as counsel for the aforementioned defendants in the above-captioned action.

Dated:  New York, New York
        October __, 2014

                                            Respectfully submitted,

By:  */s/ Catherine A. Mondell*
     Catherine A. Mondell
     (*pro hac vice* application pending)
     ROPES & GRAY LLP
     Prudential Tower, 800 Boylston Street
     Boston, MA 02199-3600
     T: +1 (617) 951-7928
     F: +1 (617) 235-0540
     catherine.mondell@ropesgray.com