UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER                              :
CORPORATION,                                             :
                                                         :
                             Plaintiff,       :
                                                         :
                    v.                        :
                                                         :
ACE BERMUDA INSURANCE, LTD., ARCH                        :  14 Civ. 7510 (JSR)
SPECIALTY INSURANCE COMPANY; ASPEN                       :
SPECIALTY INSURANCE COMPANY;                             :
COMMONWEALTH INSURANCE COMPANY;                          :
FEDERAL INSURANCE COMPANY; LEXINGTON                     :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE                   :
INSURANCE COMPANY; CERTAIN                               :
UNDERWRITERS AT LLOYD'S OF LONDON and                    :
CERTAIN LONDON MARKET COMPANIES                          :
Subscribing to Policy Nos. 507/N11NA08240,               :
507/N11NA08241, 507/N11NA08242,                          :
507/N11NA08244, 507/N11NA08244,                          :
507/N11NA08245 and GEP 2944; MAIDEN                      :
SPECIALTY INSURANCE COMPANY; MAXUM                       :
INDEMNITY COMPANY; NAVIGATORS                            :
INSURANCE COMPANY; PARTNER                               :
REINSURANCE EUROPE plc; RSUI INDEMNITY                   :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST                   :
INSURANCE COMPANY; TORUS SPECIALTY                       :
INSURANCE COMPANY; and WESTPORT                          :
INSURANCE CORPORATION,                                   :
                                                         :
                            Defendants.       :
-----------------------------------------------------------------------x

**STATEMENT OF DEFENDANT WESTPORT INSURANCE CORPORATION UNDER FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Westport Insurance Corporation states that it operates as a subsidiary of Swiss Re Corporate Solutions Holding Corporation, for which the ultimate parent is Swiss Re Ltd, shares of which are publicly traded on the SIX Swiss Exchange.

46113314_1

                                        ROPES & GRAY LLP

                                    /s/ Catherine A. Mondell
                                    ROPES & GRAY LLP
                                    Catherine A. Mondell (*pro hac vice*)
                                    Prudential Tower
                                    800 Boylston Street
                                    Boston, MA 02199-3600
                                    Phone: (617) 951-7000
                                    Fax: (617) 951-7050
                                    Catherine.Mondell@ropesgray.com

                                    Evan Lestelle
                                    1211 Avenue of the Americas
                                    New York, NY 10036
                                    Telephone: (212) 596-9000
                                    Evan.Lestelle@ropesgray.com

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244*

DATED:       October 31, 2014

46113314_1