UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER :
CORPORATION, :
 :
 :
                Plaintiff, :
 :
     v. :
 :
ACE BERMUDA INSURANCE, LTD., ARCH : 14 Civ. 7510 (JSR)
SPECIALTY INSURANCE COMPANY; ASPEN :
SPECIALTY INSURANCE COMPANY; :
COMMONWEALTH INSURANCE COMPANY; :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES :
Subscribing to Policy Nos. 507/N11NA08240, :
507/N11NA08241, 507/N11NA08242, :
507/N11NA08244, 507/N11NA08244, :
507/N11NA08245 and GEP 2944; MAIDEN :
SPECIALTY INSURANCE COMPANY; MAXUM :
INDEMNITY COMPANY; NAVIGATORS :
INSURANCE COMPANY; PARTNER :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST :
INSURANCE COMPANY; TORUS SPECIALTY :
INSURANCE COMPANY; and WESTPORT :
INSURANCE CORPORATION, :
 :
                Defendants. :
------------------------------------------------------------------x

**STATEMENT OF DEFENDANT TORUS SPECIALTY INSURANCE COMPANY
UNDER FED. R. CIV. P. 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Torus Specialty Insurance Company states that it is a wholly-owned insurance vehicle of Torus Insurance Holdings Limited. Torus Insurance Holdings Limited was acquired on April 1, 2014 by Enstar Group Ltd.

46113312_1

(60%), shares in which are publicly traded on the NASDAQ stock market, and Stone Point Capital LLC (40%).

                                                ROPES & GRAY LLP

                                                /s/ Catherine A. Mondell_____
ROPES & GRAY LLP
Catherine A. Mondell (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
Catherine.Mondell@ropesgray.com

Evan Lestelle
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Evan.Lestelle@ropesgray.com

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244*

DATED:       October 31, 2014

46113312_1