UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ACE BERMUDA INSURANCE, LTD., ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : 14 Civ. 7510 (JSR) |
| Defendants. | : |

------------------------------------------------------------------x

**STATEMENT OF DEFENDANT PARTNER REINSURANCE EUROPE PLC UNDER FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Partner Reinsurance Europe SE (formerly known as Partner Reinsurance Europe plc) states that it is a subsidiary of PartnerRe Ltd., shares of which are publicly traded on the New York Stock Exchange.

46113355_1

ROPES & GRAY LLP

/s/ Catherine A. Mondell
Catherine A. Mondell (*pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
Catherine.Mondell@ropesgray.com

Evan Lestelle
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Evan.Lestelle@ropesgray.com

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244*

DATED: October 31, 2014