UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER :
CORPORATION, :
 :
                    Plaintiff, :
 :
        v. :
 :
ARCH SPECIALTY INSURANCE COMPANY; :   14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY; :
COMMONWEALTH INSURANCE COMPANY; :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES :
Subscribing to Policy Nos. 507/N11NA08240, :
507/N11NA08241, 507/N11NA08242, :
507/N11NA08244, 507/N11NA08244, :
507/N11NA08245 and GEP 2944; MAIDEN :
SPECIALTY INSURANCE COMPANY; MAXUM :
INDEMNITY COMPANY; NAVIGATORS :
INSURANCE COMPANY; PARTNER :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST :
INSURANCE COMPANY; TORUS SPECIALTY :
INSURANCE COMPANY; and WESTPORT :
INSURANCE CORPORATION, :
 :
                    Defendants. :
 :
------------------------------------------------------------------------x

**STATEMENT OF DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON & CERTAIN LONDON MARKET INSURANCE COMPANIES UNDER FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, (i) certain underwriters at Lloyd's of London associated as syndicates 4472, 1206, 2003, 2001 and 510 in the London insurance market severally subscribing first-party property insurance contracts Policy Nos. N11NA08242, N11NA08244 and GEP 2944 at issue in this action (collectively "Lloyd's

Underwriters"), and (ii) Sirius International Insurance Corporation and Houston Casualty Company subscribing to Policy No. N11NA08244 (collectively, the "Market Companies"), non-governmental corporate parties, certify the following:

1. **Policy No. N11NA08242**.  The entities known as agreement parties for this contract are:

    a. Certain Underwriters at Lloyd's comprising syndicate 4472, managed by Liberty Managing Agency Ltd., a member of the Liberty Mutual Group of companies. Liberty Corporate Capital Limited is the sole capital provider of syndicate 4472, a wholly-owned subsidiary of Liberty International Holdings Inc, which is a member of the Liberty Mutual Group of companies.   Liberty Mutual Holding Company Inc  is the ultimate parent holding company for the Liberty Mutual Group of companies .  No publicly held company owns 10% or more of its stock.

    b. Certain Underwriters at Lloyd's comprising syndicate 1206, managed by AmTrust Underwriting Ltd., for which the parent company is AmTrust Financial Services Inc., shares in which are publicly traded on the NASDAQ.

2. **Policy No. N11NA08244 (Lloyd's)**.  The entities known as agreement parties for this contract are:

    a. Catlin Underwriting Agencies Ltd. and all the members of syndicate 2003 at Lloyd's of London for the 2011 year of account are private companies whose ultimate parent in all cases is Catlin Group Limited.  Catlin Group Limited is a Bermuda company listed on the London Stock Exchange.

46102086_5

    b.  Certain Underwriters at Lloyd's comprising syndicate 2001 has as its sole underwriting member Amlin Corporate Member Limited, which is managed by Amlin Underwriting Limited.  Both Amlin Corporate Member Limited and Amlin Underwriting Limited are organized under the laws of England and Wales, and are ultimately wholly-owned by Amlin plc, a company incorporated in accordance with the laws of England and Wales and listed on the London Stock Exchange.

3.  **Policy No. N11NA08244 (Companies):** This contract is subscribed by (i) Sirius International Insurance Corporation, with ultimate parent White Mountains Insurance Group, Ltd., shares in which are publicly-traded on the New York Stock Exchange; and (ii) Houston Casualty Company, owned by HCC International Insurance Company PLC, a subsidiary of HCC Insurance Holdings, Inc., shares of which are publicly-traded on the New York Stock Exchange.

4.  **Policy No. GEP2944:** This contract is 100% subscribed by Certain Underwriters at Lloyd's comprising syndicate 510, managed by R J Kiln & Co Limited, a subsidiary of Kiln Group Limited.  No publicly held company owns 10% or more of its stock.

                                              ROPES & GRAY LLP

                                              /s/ Catherine A. Mondell_____

        Catherine A. Mondell (*pro hac vice*)
        Prudential Tower
        800 Boylston Street
        Boston, MA 02199-3600
        Phone: (617) 951-7000
        Fax: (617) 951-7050
        Catherine.Mondell@ropesgray.com

        Evan Lestelle
        1211 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 596-9000
        Evan.Lestelle@ropesgray.com

        *Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244*

DATED:      October 31, 2014