JUDGE SWEET   **14 CV 7510**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL RAILROAD PASSENGER CORPORATION,

           Plaintiff,

vs.

ACE BERMUDA INSURANCE, LTD.;
ARCH SPECIALTY INSURANCE COMPANY;
ASPEN SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON
and CERTAIN LONDON MARKET INSURANCE
COMPANIES subscribing to Policy Nos.
507/N11NA08240, 507/N11NA08241, 507/N11NA08242,
507/N11NA08244, 507/N11NA08244, 507/N11NA08245
and GEP 2944;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY; and
WESTPORT INSURANCE CORPORATION,

           Defendants.

Civ. Action No.: _____



RECEIVED
SEP 17 2014
U.S.D.C. S.D.N.Y.
CASHIERS

---

### DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1

Plaintiff National Railroad Passenger Corporation (Amtrak) is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. § 24101, et seq. It has no parent company and no publicly held corporation owns 10% or more of its stock.

dcdocs-88959.1

Dated:  September 17, 2014

By: _____
Rhonda D. Orin, Esq. (RO-0359)
Daniel J. Healy, Esq. (DH-7396)
Marshall Gilinsky, Esq. (MG-8398)
ANDERSON KILL, L.L.P.
1717 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  202-416-6500

Finley T. Harckham, Esq. (FH-8219)
ANDERSON KILL, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Plaintiff*