AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| National Railroad Passenger Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14 Civ. 7510 (JSR) |
| ARCH SPECIALTY INSURANCE COMPANY ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Passenger Railroad Corporation

Date:  12/02/2014

/s/ Peter A. Halprin
*Attorney's signature*

Peter A. Halprin
*Printed name and bar number*
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020

*Address*

phalprin@andersonkill.com
*E-mail address*

(212) 278-1165
*Telephone number*

(212) 278-1733
*FAX number*