UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER :
CORPORATION, :
 :
                            Plaintiff, :
 :
                v. :
 :
ARCH SPECIALTY INSURANCE COMPANY; : No. 14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY; :
COMMONWEALTH INSURANCE COMPANY; :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES :
Subscribing to Policy Nos.  507/N11NA08240, :
507/N11NA08241, 507/N11NA08242, :
507/N11NA08244, 507/N11NA08244, :
507/N11NA08245 and GEP 2944; MAIDEN :
SPECIALTY INSURANCE COMPANY; MAXUM :
INDEMNITY COMPANY; NAVIGATORS :
INSURANCE COMPANY; PARTNER :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST :
INSURANCE COMPANY; TORUS SPECIALTY :
INSURANCE COMPANY; and WESTPORT :
INSURANCE CORPORATION, :
 :
                          Defendants. :
 :
---------------------------------------------------------------------------x

## NOTICE OF DEFENDANT PARTNER RE'S MOTION TO DISMISS AND/OR FOR OTHER RELIEF PURSUANT TO FED. R. CIV. P. 12(B)(7) & 19

      PLEASE TAKE NOTICE that Defendant Partner Reinsurance Europe plc ("Partner Re")

will move this Court, before the Honorable Jed. S. Rakoff, United States Courthouse for the

Southern District of New York, Room 14-B, 500 Pearl Street, New York, New York 10007, for an

order joining Passenger Railroad Insurance Limited ("PRIL") as a necessary party pursuant to Fed.

R. Civ. P. 19, as PRIL is the only counter-party to the contract of reinsurance subscribed by Partner

Re, or, in the alternative, for an order dismissing Partner Re from the Complaint of Plaintiff National Railroad Passenger Corporation pursuant to Fed. R. Civ. P. 12(b)(7) and 19 on the ground that the Complaint fails to join PRIL, a necessary party to the extent this suit seeks any relief from Partner Re, or for such other relief as deemed just and appropriate by this Court.

PLEASE TAKE FURTHER NOTICE that, during a joint conference call on December 4, 2014, the Court set the following briefing schedule for the present motion:

| | |
|---|---|
| Moving Papers: | December 15, 2014 |
| Answering Papers: | December 29, 2014 |
| Reply Papers: | January 5, 2014 |

No oral argument has been set by the Court.


Dated: New York, New York
       December 5, 2014

ROPES & GRAY LLP

By: /s/ Catherine A. Mondell
Catherine A. Mondell
(catherine.mondell@ropesgray.com)
800 Boylston Street
Boston, MA  02199
Telephone: (617) 951-7000

Evan P. Lestelle
(evan.lestelle@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendant Partner Reinsurance Europe plc.*