UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NATIONAL RAILROAD PASSENGER
CORPORATION,

                              Plaintiff,

                v.

ARCH SPECIALTY INSURANCE COMPANY;
ASPEN SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON and CERTAIN LONDON MARKET
COMPANIES Subscribing to Policy Nos.
507/N11NA08240, 507/N11NA08241,
507/N11NA08242, 507/N11NA08244,
507/N11NA08244, 507/N11NA08245 and GEP 2944;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY; and
WESTPORT INSURANCE CORPORATION,

                              Defendants.

14 Civ. 7510 (JSR)

-----------------------------------------------------------------x

## DEFENDANT INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE COMPANY RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant International Insurance Company of Hannover SE, one of Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No.

507/N11NA08245 ("Inter Hannover"), certifies that Inter Hannover is a direct, wholly-owned subsidiary of Hanover Finance (UK) Limited, which is a wholly owned subsidiary of Hannover Rueck SE, of which 50.22% is owned by Talanx AG, which is a wholly owned subsidiary of HDI Haftpflichtverband der Deutschen Industrie V.a.G. ("HDI V.a.G."). No publicly traded company owns 10% or more shares in HDI V.a.G.

Dated:   December 5, 2014

                              Respectfully submitted,

                              **MOUND COTTON WOLLAN & GREENGRASS**

By: _/s/ Costantino P. Suriano_
Costantino P. Suriano
(Csuriano@moundcotton.com)
Bruce R. Kaliner
(Bkaliner@moundcotton.com)
Renee M. Plessner
(Rplessner@moundcotton.com)
One New York Plaza
New York, New York 1000
Tel. (212) 804-4200

*Attorneys for Defendants International Insurance Company of Hannover SE, one of Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08245, Commonwealth Insurance Company, now known as Northbridge General Insurance Corporation, Lexington Insurance Company, Maiden Specialty Insurance Company, Scor Global P&C SE, and Steadfast Insurance Company*