UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER
CORPORATION,

                             Plaintiff,

                v.

ARCH SPECIALTY INSURANCE COMPANY;
ASPEN SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON and CERTAIN LONDON MARKET
COMPANIES Subscribing to Policy Nos.
507/N11NA08240, 507/N11NA08241,
507/N11NA08242, 507/N11NA08244,
507/N11NA08244, 507/N11NA08245 and GEP 2944;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY; and
WESTPORT INSURANCE CORPORATION,

                            Defendants.

14 Civ. 7510 (JSR)

-------------------------------------------------------------------x

## DEFENDANT STEADFAST INSURANCE COMPANY RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Steadfast Insurance Company ("Steadfast") certifies that Steadfast is a wholly-owned subsidiary of Zurich American Insurance Company, a New York Corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a

Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd. Zurich Insurance Group Ltd is the only publicly-traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Dated:   December 5, 2014

Respectfully submitted,

**MOUND COTTON WOLLAN & GREENGRASS**

By: */s/ Costantino P. Suriano*
Costantino P. Suriano
(Csuriano@moundcotton.com)
Bruce R. Kaliner
(Bkaliner@moundcotton.com)
Renee M. Plessner
(Rplessner@moundcotton.com)
One New York Plaza
New York, New York 1000
Tel. (212) 804-4200

*Attorneys for Defendants International Insurance Company of Hannover SE, one of Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08245, Commonwealth Insurance Company, now known as Northbridge General Insurance Corporation, Lexington Insurance Company, Maiden Specialty Insurance Company, Scor Global P&C SE, and Steadfast Insurance Company*