UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
NATIONAL RAILROAD PASSENGER   :   Civ. Action No:  14 CV 7510
CORPORATION,                  :              (JSR)
                              :
                              :   RULE 7.1 CORPORATE
           Plaintiff,         :   DISCLOSURE STATEMENT
                              :   OF LIBERTY MUTUAL FIRE
                              :   INSURANCE COMPANY
        - vs. -               :
                              :
                              :
ARCH SPECIALTY INSURANCE COMPANY;           :
ASPEN SPECIALTY INSURANCE COMPANY;          :
COMMONWEALTH INSURANCE COMPANY;             :
FEDERAL INSURANCE COMPANY;                  :
LEXINGTON INSURANCE COMPANY;                :
LIBERTY MUTUAL FIRE INSURANCE               :
COMPANY; CERTAIN UNDERWRITERS AT            :
LLOYD'S OF LONDON and CERTAIN LONDON        :
MARKET INSURANCECOMPANIES subscribing to    :
Policy Nos. 507/N11NA08240, 507/N11NA08241, :
507/N11NA08242, 507/N11NA08244,             :
507/N11NA08245 and GEP2944; MAIDEN          :
SPECIALTY INSURANCE COMPANY; MAXUM          :
INDEMNITY COMPANY; NAVIGATORS               :
INSURANCE COMPANY; PARTNER REINSURANCE      :
EUROPE plc; RSUI INDEMNITY COMPANY;         :
SCOR GLOBAL P&C SE; STEADFAST INSURANCE     :
COMPANY; TORUS SPECIALTY INSURANCE          :
COMPANY; and WESTPORT INSURANCE             :
CORPORATION,                                :
                                            :
                    Defendants.             :
―――――――――――――――――――――――――――x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for

Defendant, Liberty Mutual Fire Insurance Company, hereby certifies as follows:

1. Liberty Mutual Fire Insurance Company is 100% owned by Liberty Mutual Group, Inc., which is 100% owned by LMHC Massachusetts Holdings, Inc., which is 100% owned by Liberty Mutual Holding Company, Inc.

2. No publicly traded corporation owns ten percent (10%) or more of Liberty Mutual Fire Insurance Company's stock.

I certify under penalty of perjury that the foregoing is true and correct.

**Executed on the 5th day of December, 2014.**

Dated: New York, New York
       December 5, 2014

        FINAZZO COSSOLINI O'LEARY MEOLA & HAGER

        By:   /s/Christopher S. Finazzo
                Christopher S. Finazzo
                (Christopher.Finazzo@Finazzolaw.com)
                Robert M. Wolf
                (Robert.Wolf@Finazzolaw.com)

                5 Penn Plaza, 23rd Floor
                New York, NY 10001
                (646) 378-2033
                    - and –
                36 Cattano Ave. – Suite 500
                Morristown, N.J. 07960
                (973) 343-4960

                *Attorneys for Defendant*
                *Liberty Mutual Fire Insurance Company*