UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ARCH SPECIALTY INSURANCE COMPANY; | : | 14 Civ. 7510 (JSR) |
| ASPEN SPECIALTY INSURANCE COMPANY; | : | |
| COMMONWEALTH INSURANCE COMPANY; | : | |
| FEDERAL INSURANCE COMPANY; LEXINGTON | : | **RULE 7.1 STATEMENT** |
| INSURANCE COMPANY; LIBERTY MUTUAL FIRE | : | |
| INSURANCE COMPANY; CERTAIN | : | |
| UNDERWRITERS AT LLOYD'S OF LONDON and | : | |
| CERTAIN LONDON MARKET COMPANIES | : | |
| Subscribing to Policy Nos. 507/N11NA08240, | : | |
| 507/N11NA08241, 507/N11NA08242, | : | |
| 507/N11NA08244, 507/N11NA08244, | : | |
| 507/N11NA08245 and GEP 2944; MAIDEN | : | |
| SPECIALTY INSURANCE COMPANY; MAXUM | : | |
| INDEMNITY COMPANY; NAVIGATORS | : | |
| INSURANCE COMPANY; PARTNER | : | |
| REINSURANCE EUROPE plc; RSUI INDEMNITY | : | |
| COMPANY; SCOR GLOBAL P&C SE; STEADFAST | : | |
| INSURANCE COMPANY; TORUS SPECIALTY | : | |
| INSURANCE COMPANY; and WESTPORT | : | |
| INSURANCE CORPORATION, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Bruckmann & Victory LLP, counsel for Defendant Aspen Specialty Insurance Company, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

Aspen Specialty Insurance Company is a wholly-owned subsidiary of Aspen U.S. Holdings, Inc., a Delaware corporation. Aspen U.S. Holdings, Inc. is wholly owned by

Aspen (UK) Holdings Limited, a U.K. corporation.  Aspen (UK) Holdings Limited is

wholly owned by Aspen Insurance Holdings Limited, a Bermuda exempted limited liability

corporation that is publicly traded on the New York Stock Exchange (AHL). No publicly

held company owns 10% or more of its stock.

Dated:  New York, New York
      December 5, 2014

**BRUCKMAN & VICTORY, L.L.P.**

By:_____/s/_____.
    Arjang Victory (victory@bvlaw.net)
    Timothy G. Church (church@bvlaw.net)
    420 Lexington Avenue, Suite 1621
    New York, NY 10170
    Tel: (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/Nl1NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company.*