UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER CORPORATION,

Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION,

Defendants.

14 Civ. 7510 (JSR)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Bruckmann & Victory LLP, counsel for Defendants Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08241, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

The following entities, known as agreements parties, subscribed to Policy No. 507/N11NA08241:

a. Certain Underwriters at Lloyd's comprising syndicate 2003, managed by Catlin Underwriting Agencies Ltd. and all the members of syndicate 2003 at Lloyd's of London for the 2011 year of account are private companies whose ultimate parent in all cases is Catlin Group Limited. Catlin Group Limited is a Bermuda company listed on the London Stock Exchange.

b. Certain Underwriters at Lloyd's comprising syndicate 510, managed by R.J. Kiln & Co. Limited, for which the parent company is Tokio Marine Kiln Group Limited.

Dated: New York, New York
December 5, 2014

**BRUCKMAN & VICTORY, L.L.P.**

By: /s/ .

Arjang Victory (victory@bvlaw.net)
Timothy G. Church (church@bvlaw.net)
420 Lexington Avenue, Suite 1621
New York, NY 10170
Tel: (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/Nl1NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company.*