UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : | 14 Civ. 7510 (JSR)<br><br>**RULE 7.1 STATEMENT** |
| Defendants. | : | |

-------------------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Bruckmann & Victory LLP, counsel for Defendant RSUI Indemnity Company, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

  RSUI Indemnity Company is a wholly-owned subsidiary of Alleghany Insurance Holding LLC. Alleghany Insurance Holding LLC is wholly owned by Alleghany Corporation, a

publicly traded corporation on the New York Stock Exchange (Y).  No publicly held company owns 10% or more of its stock.

Dated: New York, New York
       December 5, 2014

**BRUCKMAN & VICTORY, L.L.P.**

By: /s/                                    .
    Arjang Victory (victory@bvlaw.net)
    Timothy G. Church (church@bvlaw.net)
    420 Lexington Avenue, Suite 1621
    New York, NY 10170
    Tel: (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/Nl1NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company.*