UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x

NATIONAL RAILROAD PASSENGER : Civ. Action No:  14 CV 7510
CORPORATION, : (JSR)
 :
 : RULE 7.1 CORPORATE
            Plaintiff, : DISCLOSURE STATEMENT
 : OF LIBERTY MUTUAL FIRE
 : INSURANCE COMPANY
        - vs. - :
 :
 :
ARCH SPECIALTY INSURANCE COMPANY; :
ASPEN SPECIALTY INSURANCE COMPANY; :
COMMONWEALTH INSURANCE COMPANY; :
FEDERAL INSURANCE COMPANY; :
LEXINGTON INSURANCE COMPANY; :
LIBERTY MUTUAL FIRE INSURANCE :
COMPANY; CERTAIN UNDERWRITERS AT :
LLOYD'S OF LONDON and CERTAIN LONDON :
MARKET INSURANCECOMPANIES subscribing to :
Policy Nos. 507/N11NA08240, 507/N11NA08241, :
507/N11NA08242, 507/N11NA08244, :
507/N11NA08245 and GEP2944; MAIDEN :
SPECIALTY INSURANCE COMPANY; MAXUM :
INDEMNITY COMPANY; NAVIGATORS :
INSURANCE COMPANY; PARTNER REINSURANCE :
EUROPE plc; RSUI INDEMNITY COMPANY; :
SCOR GLOBAL P&C SE; STEADFAST INSURANCE :
COMPANY; TORUS SPECIALTY INSURANCE :
COMPANY; and WESTPORT INSURANCE :
CORPORATION, :
 :
            Defendants. :
―――――――――――――――――――――――――――x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for

Defendant, Liberty Mutual Fire Insurance Company, hereby certifies as follows:

1. Liberty Mutual Fire Insurance Company is 100% owned by Liberty Mutual Group, Inc., which is 100% owned by LMHC Massachusetts Holdings, Inc., which is 100% owned by Liberty Mutual Holding Company, Inc.

2. No publicly traded corporation owns ten percent (10%) or more of Liberty Mutual Fire Insurance Company's stock.

I certify under penalty of perjury that the foregoing is true and correct.

**Executed on the 5th day of December, 2014.**

Dated: New York, New York
December 5, 2014

FINAZZO COSSOLINI O'LEARY MEOLA & HAGER

By:   /s/Christopher S. Finazzo
Christopher S. Finazzo
(Christopher.Finazzo@Finazzolaw.com)
Robert M. Wolf
(Robert.Wolf@Finazzolaw.com)

5 Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2033
     - and –
36 Cattano Ave. – Suite 500
Morristown, N.J. 07960
(973) 343-4960

*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*