UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos.  507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : No. 14 Civ. 7510 (JSR) |
| | : |
| Defendants. | : |

------------------------------------------------------------------------x

### NOTICE OF DEFENDANT PARTNER RE'S MOTION TO DISMISS AND/OR FOR OTHER RELIEF PURSUANT TO FED. R. CIV. P. 12(B)(7) & 19

PLEASE TAKE NOTICE that Defendant Partner Reinsurance Europe plc ("Partner Re") will move this Court, before the Honorable Jed. S. Rakoff, United States Courthouse for the Southern District of New York, Room 14-B, 500 Pearl Street, New York, New York 10007, for an order joining Passenger Railroad Insurance Limited ("PRIL") as a necessary party pursuant to Fed. R. Civ. P. 19, as PRIL is the only counter-party to the contract of reinsurance subscribed by Partner

Re, or, in the alternative, for an order dismissing Partner Re from the Complaint of Plaintiff National Railroad Passenger Corporation pursuant to Fed. R. Civ. P. 12(b)(7) and 19 on the ground that the Complaint fails to join PRIL, a necessary party to the extent this suit seeks any relief from Partner Re, or for such other relief as deemed just and appropriate by this Court.

PLEASE TAKE FURTHER NOTICE that, during a joint conference call on December 4, 2014, the Court set the following briefing schedule for the present motion:

    Moving Papers:    December 15, 2014

    Answering Papers:    December 29, 2014

    Reply Papers:    January 5, 2014

No oral argument has been set by the Court.

Dated:  New York, New York
       December 5, 2014

        ROPES & GRAY LLP

        By: /s/ Catherine A. Mondell
        Catherine A. Mondell
        (catherine.mondell@ropesgray.com)
        800 Boylston Street
        Boston, MA  02199
        Telephone: (617) 951-7000

        Evan P. Lestelle
        (evan.lestelle@ropesgray.com)
        1211 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 596-9000

        *Attorneys for Defendant Partner Reinsurance Europe plc.*