Price Forbes & Partners Limited
507 PRF

# PRICE FORBES

## CONTRACT ENDORSEMENT

Unique Market Reference: B0507N11NA08246          Endorsement Reference: 03
(Re) Insured: National Railroad Passenger Corporation (Amtrak)          Type: All Risks
of Physical Loss

Original Policy Period: 1st December, 2011 and Expiring: 1st December, 2012

CONTRACT CHANGES:

It is hereby noted and agreed that the contract is amended as follows:

**Effective Date:** 1st December 2011

**Contract Changes:**

It is noted and agreed that the following is deleted from the <u>INFORMATION</u> section:

All terms as per Original Policy Number........As provided to and on file with Price Forbes and Partners Limited on......

And replaced with the following:

All terms as per Original Policy Number 084144000 (Lexington Insurance Company) As provided to and on file with Price Forbes and Partners Limited

<u>ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED</u>

**Note:** When more than one insurer participates in the contract, the contract terms may mean that it is not always necessary to obtain a record of agreement to the Contract Endorsement from all of those insurers.

Leading (re) insurer

### CONTRACT ADMINISTRATION AND ADVISORY SECTION

| GENERAL UNDERWRITERS AGREEMENT (GUA) Each insurer's proportion is several not joint | | |
|---|---|---|
| Slip Leader Only | Slip Leader and Agreement Parties | All Insurers |
| | | |

7th March 2012 / SW

| INITIALS | | | |
|---|---|---|---|
| SYND/CO | | | |

| INITIALS | | | |
|---|---|---|---|
| SYND/CO | | | |

N11NA08246133133287740

S