**Price Forbes & Partners Limited**
**507 PRF**

# PRICE FORBES

## CONTRACT ENDORSEMENT

Unique Market Reference: B0507N11NA08246    Endorsement Reference: 04
(Re) Insured: National Railroad Passenger Corporation (Amtrak)    Type: All Risks of Physical Loss
Original Policy Period: 1st December, 2011 and Expiring: 1st December, 2012

**CONTRACT CHANGES:**

It is hereby noted and agreed that the contract is amended as follows:

**Effective Date :** 30th April 2012

**Contract Changes:**

It is hereby noted and agreed that the following values are added to this Policy:

| | |
|---|---|
| Total Additional Values: | |
| Bridges: | USD 179,934,524 |
| Track and Roadbed: | USD 164,400,000 |
| Improvements Estimates (1st Year): | USD  77,155,000 |
| TOTAL | USD 421,489,524 |

INFORMATION:    Additional Values are as a result of Michigan Department of Transportation purchasing 135 route-miles of track, which will be maintained by National Railroad Passenger Corporation (Amtrak)

**Additional Premium :** USD 12,335 (100%) calculated at pro rata for the Period

<u>ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED</u>

Note: When more than one insurer participates in the contract, the contract terms may mean that it is not always necessary to obtain a record of agreement to the Contract Endorsement from all of those insurers.

Leading (re) insurer

N11NA08246133516893081.doc



PAR00000023

Price Forbes & Partners Limited
507 PRF

**PRICE FORBES**

## CONTRACT ENDORSEMENT

Unique Market Reference: B0507N11NA08246          Endorsement Reference: 04
(Re) Insured: National Railroad Passenger Corporation (Amtrak)   Type: All Risks of Physical Loss
Original Policy Period: 1st December, 2011 and Expiring: 1st December, 2012

### CONTRACT ADMINISTRATION AND ADVISORY SECTION

**SETTLEMENT DUE DATE:**

In the absence of an insurer specified Settlement Due Date, the Settlement Due Date will be calculated by applying the terms of trade for the original premium to whichever is the later of either:
1. the latest effective date of the subject matter of the contract endorsement; or
2. the date on which the final insurer agreement is obtained.

**ALLOCATION OF PREMIUM TO CODING:**

| GENERAL UNDERWRITERS AGREEMENT (GUA) | | |
|---|---|---|
| Slip Leader Only | Slip Leader and Agreement Parties | All Insurers |
|  |  |  |

| INITIALS |  | | |
|---|---|---|---|
| SYND/CO |  |  |  |

| INITIALS |  |  |  |
|---|---|---|---|
| SYND/CO |  |  |  |

25th April 2012 - PJ