Price Forbes & Partners Limited
507 PRF

PRICE FORBES

## CONTRACT ENDORSEMENT

Unique Market Reference: B0507N11NA08246   Endorsement Reference: 06
(Re) Insured: National Railroad Passenger Corporation (Amtrak)   Type: All Risks
of Physical Loss

Original Policy Period: 1st December, 2011 and Expiring: 1st December, 2012

CONTRACT CHANGES:

Cancelling and replacing Endorsement 3

It is hereby noted and agreed that the contract is amended as follows:

Effective Date: 1st December 2011

Contract Changes:

It is noted and agreed that the following is deleted from the INFORMATION section:

All terms as per Original Policy Number……..As provided to and on file with Price Forbes and Partners Limited on……

And replaced with the following:

All terms as per Original Policy Number NRPC – N11NA08246 (Passenger Railroad Insurance Limited) As provided to and on file with Price Forbes and Partners Limited

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

Note: When more than one insurer participates in the contract, the contract terms may mean that it is not always necessary to obtain a record of agreement to the Contract Endorsement from all of those insurers.

Leading (re) insurer

| GENERAL UNDERWRITERS AGREEMENT (GUA) Each insurer's proportion is several not joint | | |
|---|---|---|
| Slip Leader Only | Slip Leader and Agreement Parties | All Insurers |
| 17.10.13 Bd | | |

INITIALS

SYNDICO

INITIALS

F3522R
22. Okt. 2013

1382005130458 1382005124692 N11NA08246 1382005124406

PAR00000025