UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : <br> : 14 Civ. 7510 (JSR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : <br> : |

-----------------------------------------------------------------------x

### DECLARATION OF CATHERINE MONDELL, ESQ. IN SUPPORT OF DEFENDANT PARTNER RE'S MOTION FOR JOINDER AND/OR TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(7) & 19

I, CATHERINE MONDELL, hereby declare:

1. I am a member of the law firm of Ropes & Gray LLP which represents Defendant Partner Reinsurance Europe SE ("Partner Re") and certain other defendants in this matter.

1

47697146_1

2. I have personal knowledge of the facts presented in this declaration. I respectfully submit this Declaration, along with the accompanying Memorandum in Support of Defendant Partner Re's Motion for Joinder and/or to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7) & 19.

3. Attached as Exhibit 1 is a true and correct copy of Plaintiff National Railroad Passenger Corporation's Complaint, ECF No. 1, filed in the instant action on September 17, 2014.

4. Attached as Exhibit 2 is a true and correct copy of Exhibit 21 to Plaintiff National Railroad Passenger Corporation's Complaint, ECF No. 1-30, filed in the instant action on September 17, 2014.

5. Attached as Exhibit 3 is a true and correct copy of Plaintiff National Railroad Passenger Corporation's Amended Complaint, ECF No. 65, filed in the instant action on December 5, 2014.

6. Attached as Exhibit 4 is a true and correct copy of Exhibit 19 to Plaintiff National Railroad Passenger Corporation's Amended Complaint, ECF No. 65-41, filed in the instant action on December 5, 2014.

I, Catherine Mondell, hereby verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        Executed on:   December 15, 2014

Catherine Mondell                                              Boston, MA