UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER
CORPORATION,

                Plaintiffs,

      - vs -                                    14 Civ. 14-cv-7510 (JSR)

ARCH SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;          **APPEARANCE**
FEDERAL INSURANCE COMPANY;
LEXINGTON INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE
COMPANY; CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON; and CERTAIN LONDON
MARKET INSURANCE COMPANIES…;
MAIDEN SPECIALTY INSURANCE COMPANY;
MAXUM INDEMNITY COMPANY;
NAVIGATORS INSURANCE COMPANY;
PARTNER REINSURANCE EUROPE plc;
RSUI INDEMNITY COMPANY;
SCOR GLOBAL P&C SE;
STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY;
And WESTPORT INSURANCE CORPORATION,

                Defendant.
------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Commonwealth Insurance Company, Lexington Insurance Company, Maiden Specialty Insurance Company, Steadfast Insurance Company, and International Insurance Company of Hannover SE (sued herein as Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy No. 507/N11NA08245). I certify that I am admitted to practice in this Court.

Dated: New York, New York
December 22, 2014

        MOUND COTTON WOLLAN & GREENGRASS

By: *Renee M. Plessner*
Renee M. Plessner
855 Franklin Ave.
Garden City, NY 11530
(516) 417-5700
Fax: (516) 741-6831
Defendants Commonwealth Insurance Company, Lexington Insurance Company, Maiden Specialty Insurance Company, Steadfast Insurance Company, and International Insurance Company of Hannover SE