UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION,<br>    Defendants. | Civil Action No. 14-cv-7510 (JSR)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |



The motion of Matthew M. Burke, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member of good standing of the bars of the state of Massachusetts; and that his contact information is as follows:

    Matthew M. Burke
    Ropes & Gray LLP
    800 Boylston Street
    Boston, MA 02199-3600
    Telephone: (617) 951-7589
    Fax: (617) 235-0395
    Matthew.burke@ropesgray.com

47935683_1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/21/15

United States District/~~Magistrate~~ Judge

47935683_1

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1990**, said Court being the highest Court of Record in said Commonwealth:

## Matthew M. Burke

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **January** in the year of our Lord **two thousand and fifteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>ARCH SPECIALTY INSURANCE COMPANY ; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION,<br>　　　Defendants. | Civil Action No. 14-cv-7510 (JSR)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Matthew M. Burke, hereby move this court for an Order for admission to practice Pro Hac Vice to appear as Counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing

47935683_1

to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 16, 2015

                              Respectfully submitted,

                              */s/Matthew M. Burke*

                              ROPES & GRAY LLP
                              800 Boylston St.
                              Prudential Tower
                              Boston, MA 02199
                              (617) 951-7589
                              (617) 235-0395 fax