UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

National Railroad Passenger Corporation (Amtrak),

                Plaintiff,

vs.

Arch Specialty Insurance Company; Aspen Specialty Insurance Company; Commonwealth Insurance Company; Federal Insurance Company; Lexington Insurance Company; Liberty Mutual Fire Insurance Company; and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08245 and GEP 2944; Maiden Specialty Insurance Company; Maxum Indemnity Company; Navigators Insurance Company; Partner Reinsurance Europe plc; RSUI Indemnity Company; Scor Global P&C SE; Steadfast Insurance Company; Torus Specialty Insurance Company, Westport Insurance Corporation,

                Defendants.

Civil Action No: 14-cv-7510 (JSR)

**ORDER TO ADMIT COUNSEL PRO HAC VICE**



---

The motion of Thomas J. Powell for admission to practice Pro Hac Vice is the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania and the Commonwealth of Virginia, and that his contact information is as follows:

    Thomas J. Powell
    Thomas J. Powell, P.C.
    3603-D Chain Bridge Road
    Fairfax, VA 22030
    Tel: 703.293.9050
    Fax: 703.293.9075
    Email: tom@tjplaw.com

dcdocs-89716.1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff National Railroad Passenger Corporation in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/23/15

United States District/~~Magistrate~~ Judge

dcdocs-89716.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| National Railroad Passenger Corporation (Amtrak),<br><br>        Plaintiff,<br><br>     vs.<br><br>Arch Specialty Insurance Company; Aspen Specialty Insurance Company; Commonwealth Insurance Company; Federal Insurance Company; Lexington Insurance Company; Liberty Mutual Fire Insurance Company; and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08245 and GEP 2944; Maiden Specialty Insurance Company; Maxum Indemnity Company; Navigators Insurance Company; Partner Reinsurance Europe plc; RSUI Indemnity Company; Scor Global P&C SE; Steadfast Insurance Company; Torus Specialty Insurance Company, Westport Insurance Corporation,<br><br>        Defendants. | Civil Action No: 14-cv-7510 (JSR)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Thomas J. Powell, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff National Railroad Passenger Corporation (Amtrak) in the above-captioned action.

dcdocs-89717.1

My contact information is as follows:

Thomas J. Powell
Thomas J. Powell, P.C.
3603-D Chain Bridge Road
Fairfax, VA 22030
Tel: 703.293.9050
Fax: 703.293.9075
Email: tom@tjplaw.com

I am in good standing of the bars of the District of Columbia, the Commonwealth of Pennsylvania and the Commonwealth of Virginia. Attached hereto as Exhibit A are the Certificates of Good Standing for each bar.

Dated: January 22, 2015

                    Respectfully submitted,

                    /s/ Thomas J. Powell
                    Thomas J. Powell, P.C.
                    3603-D Chain Bridge Road
                    Fairfax, VA 22030
                    Tel: 703.293.9050
                    Fax: 703.293.9075
                    Email: tom@tjplaw.com

# Exhibit A

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### THOMAS JOSEPH POWELL

was admitted to practice as an attorney and counsellor at the bar of this Court on October 20, 1987.

I further certify that so far as the records of this office are concerned, THOMAS JOSEPH POWELL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 8th day of October A.D. 2014

By: _____
Deputy Clerk



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Thomas Joseph Powell, Esq.*

DATE OF ADMISSION

*November 22, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 6, 2014

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk



### District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## THOMAS J. POWELL

was on JANUARY 5, 1990 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 13, 2014

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk