**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : |
| Plaintiff, | : |
| v. | : |
| ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : No. 14 Civ. 7510 (JSR) |
| Defendants. | : |

---------------------------------------------------------------------------x

**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
**(REPLACEMENT OF BENCHWALLS)**

PLEASE TAKE NOTICE that, upon the accompanying, Declaration of Costantino P. Suriano, Esq. and the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings in this matter, Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Commonwealth Insurance Company, Federal Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Certain Underwriters at Lloyd's of London, and Certain London Market Companies Subscribing to Policy

Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944, Maiden Specialty Insurance Company, Maxum Indemnity Company, Navigators Insurance Company, Partner Reinsurance Europe plc, RSUI Indemnity Company, Steadfast Insurance Company, Torus Specialty Company, and Westport Insurance Corporation, hereby move this Court, before the Honorable Jed. S. Rakoff, United States Courthouse for the Southern District of New York, Room 14-B, 500 Pearl Street, New York, New York 10007, for an order declaring, as a matter of law, that Amtrak's claim for "portal to portal" replacement of the benchwalls in the East River Tunnel tubes and North River Tunnel tubes is not covered under the Policies' Demolition and Increased Cost of Construction Coverage Extension.

PLEASE TAKE FURTHER NOTICE that the schedule for briefing of this motion is set forth in the Case Management Plan:

| | |
|---|---|
| Moving Papers: | February 23, 2015 |
| Answering Papers: | March 9, 2015 |
| Reply Papers: | March 16, 2015 |
| Oral Argument: | March 23, 2015 |

Dated: New York, New York
      February 16, 2015

    MOUND COTTON WOLLAN & GREENGRASS

    By:   /s/ Costantino P. Suriano
    Costantino P. Suriano (csuriano@moundcotton.com)
    Bruce R. Kaliner (bkaliner@moundcotton.com)
    One New York Plaza
    New York, New York 10004
    Telephone: (212) 804-4200

    *Attorneys for Defendants Commonwealth Insurance Company, Lexington Insurance Company, Maiden Specialty Insurance Company, Steadfast Insurance Company, and International Insurance Company of Hannover SE*

ROPES & GRAY LLP

By: /s/ Catherine A. Mondell
Catherine A. Mondell
(catherine.mondell@ropesgray.com)
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

Evan P. Lestelle
(evan.lestelle@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244, and 507/N11NA08244*

BRUCKMANN & VICTORY, L.L.P

By: /s/ Arjang Victory
Arjang Victory (victory@bvlaw.net)
Timothy G. Church (church@bvlaw.net)
420 Lexington Avenue, Suite 1621
New York, NY 10170
Tel: (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/Nl1NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company*

FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC

By: /s/ Christopher S. Finazzo
Christopher S. Finazzo
(christopher.finazzo@finazzolaw.com)
5 Penn Plaza, 23rd Floor
New York, NY 10001

Tel: (646) 378-2033

*Attorneys for Defendant Liberty Mutual Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16 day of February, 2015, I served a true and correct copy of NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT (REPLACEMENT OF BENCHWALLS) on the below counsel via the ECF system:

ANDERSON KILL, L.L.P.
Rhonda D. Orin, Esq. (RO-0359)
rorin@andersonkill.com
Daniel J. Healy, Esq. (DH-7396)
dhealy@andersonkill.com
Marshall Gilinsky, Esq. (MG-8398)
mgilinsky@andersonkill.com
1717 Pennsylvania Avenue, N.W. Washington, DC 20006
Telephone: 202-416-6500

ANDERSON KILL, P.C.
Finley T. Harckham, Esq. (FH-8219)
fharckham@andersonkill.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

*Attorneys for Plaintiff National Railroad Passenger Corporation*

ROPES & GRAY LLP
Catherine A. Mondell, Esq.
Catherine.Mondell@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Phone: (617) 951-7000

ROPES & GRAY LLP
Evan Lestelle, Esq.
Evan.Lestelle@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244*

FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC
Christopher S. Finazzo, Esq.
christopher.finazzo.@finazzolaw.com
Penn Plaza, 23rd Floor
New York, NY 10001
Tel : (646) 378-2033

*Attorney for Defendant Liberty Mutual Fire Insurance Company*

BRUCKMANN & VICTORY, L.L.P.
Arjang Victory, Esq.
victory@bvlaw.net
Timothy G. Church, Esq.
church@bvlaw.net
420 Lexington Avenue, Suite 1621
New York, NY 10170
Tel : (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/N11NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company*

        _____/s/_____
        Costantino P. Suriano (csuriano@moundcotton.com)
        MOUND COTTON WOLLAN & GREENGRASS
        One New York Plaza
        New York, New York 10004
        Tel : (212) 804-4200