## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11N A08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245, and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION<br><br>Defendants. | Civil Action No. 14-cv-07510(JSR)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**JEREMIAH L. O'LEARY**<br><br>  |

The motion of Jeremiah L. O'Leary, for admission to practice *Pro Hac Vice* in the above captioned action is hereby granted.

Applicant has declared that he is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey; has provided Certificates of Good Standing; and has declared his contact information is as follows:

> **Jeremiah L. O'Leary**
> **Finazzo Cossolini O'Leary Meola & Hager, LLC**
> **36 Cattano Avenue, Suite 500**
> **Morristown, NJ 07960**
> **Telephone: (973) 343-4960**
> **Fax:   (973) 343-4970**
> **Email:  Jeremiah.Oleary@finazzolaw.com**

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Liberty Mutual Fire Insurance Company in the captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 13, 2015

_____
Hon. Jed S. Rakoff
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11N A08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245, and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION<br><br>Defendants. | Civil Action No. 14-cv-07510(JSR)<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* OF<br>JEREMIAH L. O'LEARY |

Pursuant to Rule 1.3 of the Local Rules for the United States District Court for the Southern District of New York, I, Jeremiah L. O'Leary, hereby move this Court for an Order allowing the admission to practice *Pro Hac Vice* to represent Defendant Liberty Mutual Fire Insurance Company in the above-captioned action.

I, Jeremiah L. O'Leary, am a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey as set forth in the accompanying Certificates of Good Standing, and there are no pending disciplinary proceedings against me in any State or Federal court.

                                              Respectfully submitted,

Dated: February 11, 2015

                                              */s/Jeremiah L. O'Leary*
                                              JEREMIAH L. O'LEARY, ESQ.
                                              Finazzo Cossolini O'Leary
                                              Meola & Hager, LLC
                                              36 Cattano Avenue, Suite 500
                                              Morristown, New Jersey 07960
                                              Ph:   (973) 343-4960
                                              Fax:  (973) 343-4970
                                              Jeremiah.Oleary@Finazzolaw.com

# Certificate of Good Standing



## United States of America
## District of New Jersey

I,   **WILLIAM T. WALSH**,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Jeremiah L. O'Leary

was duly admitted to practice in said Court as of October 1, 1997, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 30, 2015



WILLIAM T. WALSH, CLERK

By _____
Crystal Shanklin, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JEREMIAH LYNN O'LEARY**
*(No.* **039291996** *) was constituted and appointed an Attorney at Law of New Jersey on* **September 17, 1997** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **30TH** *day of* **January** *, 20* **15**

*Clerk of the Supreme Court*

-453a-