UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER :
CORPORATION, :
 :
                          Plaintiff, :
 :
                v. :
 :
ARCH SPECIALTY INSURANCE COMPANY; : No. 14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY; :
COMMONWEALTH INSURANCE COMPANY; :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES :
Subscribing to Policy Nos.  507/N11NA08240, :
507/N11NA08241, 507/N11NA08242, :
507/N11NA08244, 507/N11NA08244, :
507/N11NA08245 and GEP 2944; MAIDEN :
SPECIALTY INSURANCE COMPANY; MAXUM :
INDEMNITY COMPANY; NAVIGATORS :
INSURANCE COMPANY; PARTNER :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; STEADFAST INSURANCE COMPANY; :
TORUS SPECIALTY INSURANCE COMPANY; and :
WESTPORT INSURANCE CORPORATION, :
 :
                          Defendants. :
 :
 :
------------------------------------------------------------------------x

## PARTNER RE'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

       PLEASE TAKE NOTICE that, upon the accompanying Partner Re's Rule 56.1 Statement of Undisputed Facts, the accompanying declaration of Catherine Mondell, the accompanying memorandum of law, and upon all pleadings and proceedings heretofore had herein, Partner Re will move this Court, before the Honorable Jed. S. Rakoff, United States Courthouse for the Southern District of New York, Room 14-B, 500 Pearl Street, New York, New York 10007, for

an order granting summary judgment in favor of Partner Re dismissing with prejudice all claims asserted against Partner Re in connection with this action.

PLEASE TAKE FURTHER NOTICE that the schedule for briefing on this motion was set by the Court as reflected in its Order of February 5, 2014 [Docket #150]:

    Moving Papers:    February 20, 2015

    Answering Papers:    March 6, 2015

    Reply Papers:    March 13, 2015

No oral argument has been scheduled.

Dated: New York, New York
       February 20, 2015

ROPES & GRAY LLP

By: /s/ Catherine A. Mondell
Catherine A. Mondell
(catherine.mondell@ropesgray.com)
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

Evan P. Lestelle
(evan.lestelle@ropesgray.com)
Elizabeth Bierut
(elizabeth.bierut@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendants Partner Reinsurance Europe plc.*