UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ARCH SPECIALTY INSURANCE COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET COMPANIES Subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION, | : | 14 Civ. 7510 (JSR) |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joseph G. Cleemann of Ropes & Gray LLP hereby enters his appearance as counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
April 17, 2015

Respectfully submitted,

By:   */s/ Joseph G. Cleemann*
     Joseph G. Cleemann
     ROPES & GRAY LLP
     1211 Avenue of the Americas
     New York, NY 10036-8704
     T: +1 (212) 596-9661
     F: +1 (646) 728-2737
     joseph.cleemann@ropesgray.com