# Exhibit 1

## Church, Timothy

| | |
|---|---|
| **From:** | Church, Timothy |
| **Sent:** | Thursday, March 19, 2015 6:33 PM |
| **To:** | 'Halprin, Peter A.'; 'csuriano@moundcotton.com'; 'bkaliner@moundcotton.com'; Victory, Arjang; 'christopher.finazzo@finazzolaw.com'; 'robert.wolf@finazzolaw.com'; 'Catherine A. Mondell (Catherine.Mondell@ropesgray.com)'; 'elestelle@ropesgray.com' |
| **Cc:** | Orin, Rhonda; Gilinsky, Marshall; Healy, Dan; 'Thomas J. Powell (tom@tjplaw.com)' |
| **Subject:** | RE: National Railroad Passenger Corp. v. Arch Specialty, et al. - Letter to Counsel |

Hi Peter,

Concerning documents identified during the recent Hax deposition, please advise whether Amtrak will produce the native excel spreadsheets showing the basis of the total amount column and add-on amount columns in the Timberline pricing, and whether Amtrak will produce the CMC support schedules providing the basis of the recently revised CMC summary schedules. We request that all of the recent CMC summary schedules, and production of the Timberline pricing, be produced electronically in full native format.

This request also extends to HNTB support schedules behind items in Appendix B of its report.

Thanks,

Tim

**From:** Halprin, Peter A. [mailto:Phalprin@andersonkill.com]
**Sent:** Thursday, March 19, 2015 5:59 PM
**To:** 'csuriano@moundcotton.com'; 'bkaliner@moundcotton.com'; Church, Timothy; Victory, Arjang; 'christopher.finazzo@finazzolaw.com'; 'robert.wolf@finazzolaw.com'; 'Catherine A. Mondell (Catherine.Mondell@ropesgray.com)'; 'elestelle@ropesgray.com'
**Cc:** Orin, Rhonda; Gilinsky, Marshall; Healy, Dan; 'Thomas J. Powell (tom@tjplaw.com)'
**Subject:** National Railroad Passenger Corp. v. Arch Specialty, et al. - Letter to Counsel

Counsel:

Please see attached.

Thanks.

Best,
Peter

**Peter A. Halprin, Esq., MCIArb**
Attorney

**ANDERSON KILL**

1251 Avenue of the Americas - New York, NY 10020
Phalprin@andersonkill.com - www.andersonkill.com
T: 212-278-1165 - F: 212-278-1733
Biography

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.