# Exhibit 2

## Church, Timothy

| | |
|---|---|
| **From:** | Halprin, Peter A. <Phalprin@andersonkill.com> |
| **Sent:** | Wednesday, March 25, 2015 12:13 AM |
| **To:** | 'csuriano@moundcotton.com'; 'bkaliner@moundcotton.com'; Church, Timothy; Victory, Arjang; 'christopher.finazzo@finazzolaw.com'; 'robert.wolf@finazzolaw.com'; 'Catherine A. Mondell (Catherine.Mondell@ropesgray.com)'; 'elestelle@ropesgray.com' |
| **Cc:** | Orin, Rhonda; Gilinsky, Marshall; Healy, Dan; 'Thomas J. Powell (tom@tjplaw.com)' |
| **Subject:** | RE: National Railroad Passenger Corp. v. Arch Specialty, et al. - AMT_27 |

Counsel:

In response to Mr. Church's March 19, 2015 email, we have produced the requested HNTB materials, previously produced in this case, in native (excel) format in AMT_27.

Below is a link to a further production of documents by Plaintiff National Railroad Passenger Corporation. It is production AMT_027 on the FTP site. Disks containing a copy of this production will be sent under separate cover. Please let us know if you have any difficulty accessing the documents through the link.

Site: ftp.driven-inc.com
Username: AmtrakvArchSpecialty
Password: ch01234fbnlwca

Thanks.

Best,
Peter


**Peter A. Halprin, Esq., MCIArb**
Attorney

### ANDERSON KILL

1251 Avenue of the Americas - New York, NY 10020
Phalprin@andersonkill.com - www.andersonkill.com
T: 212-278-1165 - F: 212-278-1733
Biography

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.