# Exhibit 3

**Not Converted to TIFF**

CONFIDENTIAL

AMT00258619

|  |  | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|
|  |  |  | $2,014 |  |  |  |
|  | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | 12,913 | $ 2,590 | $ 33,441,971 |  |  | $ 19,212,124 | $ 52,654,096 |
| ERT 2 | 12,013 | $ 2,590 | $ 31,111,160 |  |  | $ 20,569,608 | $ 51,680,767 |
| NRT S | 13,480 | $ 2,590 | $ 34,910,383 |  |  | $ 40,151,592 | $ 75,061,975 |
| NRT N | 13,480 | $ 2,590 | $ 34,910,383 |  |  | $ 44,703,897 | $ 79,614,280 |
|  |  |  | **$ 134,373,897** |  |  | **$ 124,637,221** | **$ 259,011,118** |

|  |  | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|
|  |  |  | $2,014 |  |  |  |
|  | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| ERT 2 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| NRT S | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| NRT N | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
|  |  |  | **#REF!** | **#REF!** | **#REF!** | **#REF!** | **#REF!** |

|  |  | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|
|  |  |  | $2,014 |  |  |  |
|  | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | #REF! | #REF! | #REF! |  |  | #REF! | #REF! |
| ERT 2 | #REF! | #REF! | #REF! |  |  | #REF! | #REF! |
| NRT S | #REF! | #REF! | #REF! |  |  | #REF! | #REF! |
| NRT N | #REF! | #REF! | #REF! |  |  | #REF! | #REF! |
|  |  |  | **#REF!** |  |  | **#REF!** | **#REF!** |

| | | | Scenario 1 - 24/7 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Demo Bench | | | | |
| | | | $2,014 | | | | |
| LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | | Escalation | Grand Total |
| 25,826 | $ 1,426 | $ 36,824,200 | | | $ | 21,155,185 | $ 57,979,385 |
| 24,026 | $ 1,426 | $ 34,257,656 | | | $ | 22,649,961 | $ 56,907,617 |
| 26,960 | $ 1,426 | $ 38,441,123 | | | $ | 44,212,414 | $ 82,653,536 |
| 26,960 | $ 1,426 | $ 38,441,123 | | | $ | 49,225,126 | $ 87,666,249 |
| | | $ **147,964,101** | | | $ | **137,242,686** | $ **285,206,787** |

| | | Scenario 2 -26 weekends per year | | | | |
|---|---|---|---|---|---|---|
| | | Demo Bench | | | | |
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | **#REF!** | | | **#REF!** | **#REF!** |

| | | Scenario 2 -15 weekends per year | | | | |
|---|---|---|---|---|---|---|
| | | Demo Bench | | | | |
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | **#REF!** | | | **#REF!** | **#REF!** |

| | | | New Bench | | | |
|---|---|---|---|---|---|---|
| | | | $2,014 | | | |
| LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| 25,826 | $ 1,808 | $ 46,696,393 | | | $ 26,826,675 | $ 73,523,068 |
| 24,026 | $ 1,808 | $ 43,441,785 | | | $ 28,722,185 | $ 72,163,969 |
| 26,960 | $ 1,808 | $ 48,746,796 | | | $ 56,065,311 | $ 104,812,107 |
| 26,960 | $ 1,808 | $ 48,746,796 | | | $ 62,421,881 | $ 111,168,676 |
| | | $ 187,631,769 | | | $ 174,036,051 | $ 361,667,821 |

| | | | New Bench | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | #REF! | | | #REF! | #REF! |

| | | | New Bench | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | #REF! | | | #REF! | #REF! |

| Total Cost | Total Escalation | Grand Total |
|---:|---:|---:|
| $ 116,962,564 | $ 67,193,984 | $ 184,156,548 |
| $ 108,810,601 | $ 71,941,753 | $ 180,752,353 |
| $ 122,098,301 | $ 140,429,317 | $ 262,527,619 |
| $ 122,098,301 | $ 156,350,904 | $ 278,449,205 |
| **$ 469,969,768** | **$ 435,915,958** | **$ 905,885,726** |

| Total Cost | Total Escalation | Grand Total |
|---:|---:|---:|
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| **#REF!** | **#REF!** | **#REF!** |

| Total Cost | Total Escalation | Grand Total |
|---:|---:|---:|
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| **#REF!** | **#REF!** | **#REF!** |

| Scenario | Description | Construction Start | Duration - Years | | Estimated Completion | | ERTs - Cost | | NRTs - Cost | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2014 - $'s | Escalated | 2014 - $'s | Escalated |
| | | | ERT | NRT | ERT | NRT | | Mid-Point Construction @ 3.5%/yr | | Mid-Point Construction @ 3.5%/yr |
| 24/7 | ESTs & NRTs full closure (Portal to Portal) | ERT-2016 NRT-2025 | 3.1 | 3.3 | 2019.1 | 2028.4 | 334,591,000 | 377,055,000 | 354,607,000 | 546,572,000 |

| Cost Summary | | |
|---|---|---|
| Scenario | 2014 - $'s | Escalated |
| 24/7 | 689,198,000 | 923,627,000 |

Amtrak Tunnels

24-7 One tunnel at a Time)

| Basis Year | | |
|---|---|---|
| 2014 | 51,886 | TF |
| | 153 | TF/Week |

| | | | | | | | | | Scenario 1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Power Washing | | | | | | | | | | |
| | | | | | | | 3.50% | | | | | | | | $2,014 | | | | Escalated to Midpoint | Escalation |
| | | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Unit Cost | Total Cost | $ |
| 83 Weeks | ERT 1 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 4,470 | | 1200 | TF/Week | | | 3.73 | $ 425.00 | $ 1,899,750 | $ 816,893 | $ 2,716,643 | $ 629 | $ 2,811,725 | $ 95,082.49 |
| 79 Weeks | ERT 2 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 4361 | | 1200 | TF/Week | | | 3.63 | $ 425.00 | $ 1,853,425 | $ 796,973 | $ 2,650,398 | $ 629 | $ 2,743,162 | $ 92,763.92 |
| 89 Weeks | NRT S | 2015 | 2015 | 2015 | 1 | 103.5% | | | 3097 | | 1200 | TF/Week | | | 2.58 | $ 425.00 | $ 1,316,225 | $ 565,977 | $ 1,882,202 | $ 629 | $ 1,948,079 | $ 65,877.06 |
| 89 Weeks | NRT N | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2800 | | 1200 | TF/Week | | | 2.33 | $ 425.00 | $ 1,190,000 | $ 511,700 | $ 1,701,700 | $ 629 | $ 1,761,260 | $ 59,559 |
| 340 | | | | | | | | | | | | | | | | | | | $ 6,259,400 | | $ 9,264,225 | $ 313,283 |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | 51,886 |
|---|---|
| 2014 | 153 |

## Scenario 1

### Crack and Delamination Repair

| | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) 3.50% | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2,014 Unit Cost | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Escalated to Midpoint Unit Cost | Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 Weeks | ERT 1 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2,628 | 1200 | TF/Weekend | | | 2.19 | $ 850.00 | $ 2,233,800 | $ 960,534 | $ 3,194,334 | $ 1,258 | $ 3,306,136 | $ 111,801.69 |
| 79 Weeks | ERT 2 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2611 | 1200 | TF/Weekend | | | 2.18 | $ 850.00 | $ 2,219,350 | $ 954,321 | $ 3,173,671 | $ 1,258 | $ 3,284,749 | $ 111,078.47 |
| 89 Weeks | NRT S | 2015 | 2015 | 2015 | 1 | 103.5% | | | 1194 | 1200 | TF/Weekend | | | 1.00 | $ 850.00 | $ 1,014,900 | $ 436,407 | $ 1,451,307 | $ 1,258 | $ 1,502,103 | $ 50,795.74 |
| 89 Weeks | NRT N | 2015 | 2015 | 2015 | 1 | 103.5% | | | 305 | 1200 | TF/Weekend | | | 0.25 | $ 850.00 | $ 259,250 | $ 111,478 | $ 370,728 | $ 1,258 | $ 383,703 | $ 12,975 |
| 340 | | | | | | | | | 6,738 | | | | | | | $ 5,727,300 | $ 2,462,739 | $ 8,190,039 | | $ 8,476,690 | $ 286,651 |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | | 51,886 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | 153 | | | | | | | | | | | | | | | | | |

| | | Scenario 1 |
|---|---|---|
| | | Portal to Portal Full Length Repairs |
| | | Direct Fixation (D.F.) Track |

| | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | 3.50% Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $ 2,014 Unit Cost (TF) | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 Weeks | ERT 1 | 2016 | 2018 | 2,016.8 | 2.8 | 110.1% | | | 12,913 | 1,200 | TF/Week | | 10.8 | | $ 2,590 | $ 33,441,971 | $ 14,380,048 | $ 47,822,019 | $ 4,078 | $ 52,654,096 | $ 19,212,124 |
| 79 Weeks | ERT 2 | 2018 | 2019 | 2,018.4 | 4.4 | 116.2% | | | 12013 | 1,200 | TF/Week | | 10.0 | | $ 2,590 | $ 31,111,160 | $ 13,377,799 | $ 44,488,958 | $ 4,302 | $ 51,680,767 | $ 20,569,608 |
| 89 Weeks | NRT S | 2025 | 2027 | 2,025.9 | 11.9 | 150.4% | | | 13480 | 1,200 | TF/Week | | 11.2 | | $ 2,590 | $ 34,910,383 | $ 15,011,465 | $ 49,921,848 | $ 5,568 | $ 75,061,975 | $ 40,151,592 |
| 89 Weeks | NRT N | 2027 | 2028 | 2,027.6 | 13.6 | 159.5% | | | 13480 | 1,200 | TF/Week | | 11.2 | | $ 2,590 | $ 34,910,383 | $ 15,011,465 | $ 49,921,848 | $ 5,906 | $ 79,614,280 | $ 44,703,897 |
| 340 | | | | 259,011,118 | | | | | 51,886 | | | | | | | | | $ 134,373,897 | | $ 259,011,118 | $ 124,637,221 |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| | | Basis Year | | 51,886 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2014 | | 153 | | | | | | | | | | | | | | | |

## Scenario 1

### Bench Wall Demo

| | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | 3.50% Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2014 Unit Cost (Bench LF) | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Escalated to Midpoint Unit Cost | Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 Weeks | ERT 1 | 2016 | 2018 | 2016.798077 | 2.8 | 110.1% | | | 25,826 | 960 | LF/Week | | 26.9 | | $ 1,426 | $ 36,824,200 | $ 15,834,406 | $ 52,658,606 | $ 2,245 | $ 57,979,385 | $ 21,155,185 |
| 79 Weeks | ERT 2 | 2018 | 2019 | 2018.355769 | 4.4 | 116.2% | | | 24,026 | 960 | LF/Week | | 25.0 | | $ 1,426 | $ 34,257,656 | $ 14,730,792 | $ 48,988,448 | $ 2,369 | $ 56,907,617 | $ 22,649,961 |
| 89 Weeks | NRT S | 2025 | 2027 | 2025.855769 | 11.9 | 150.4% | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 16,529,683 | $ 54,970,805 | $ 3,066 | $ 82,653,536 | $ 44,212,414 |
| 89 Weeks | NRT N | 2027 | 2028 | 2027.567308 | 13.6 | 159.5% | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 16,529,683 | $ 54,970,805 | $ 3,252 | $ 87,666,249 | $ 49,225,126 |
| 340 | | | | | | | | | | | | | | | | | | **$ 147,964,101** | | **$ 285,206,787** | **$ 137,242,686** |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | 51,886 |
|---|---|
| 2014 | 153 |

<br>

| | | | | | | | | | | | | | | | | | $2014 | | | | Escalated to Midpoint | | Escalation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Scenario 1 | | | | | | | | | | | | | | | |
| | | | | | | | | | Bench Wall New | | | | | | | | | | | | | | | |
| | | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) 3.50% | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (Bench LF) | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Unit Cost | Total Cost | $ |
| 83 Weeks | | ERT 1 | 2016 | 2018 | 2016.798077 | 2.8 | 110.1% | | | 25826 | 700 | | LF/Week | | 36.9 | | $ 1,808 | $ 46,696,393 | $ 20,079,449 | $ 66,775,842 | $ 2,847 | $ 73,523,068 | $ 26,826,675 |
| 79 Weeks | | ERT 2 | 2018 | 2019 | 2018.355769 | 4.4 | 116.2% | | | 24026 | 700 | | LF/Week | | 34.3 | | $ 1,808 | $ 43,441,785 | $ 18,679,967 | $ 62,121,752 | $ 3,004 | $ 72,163,969 | $ 28,722,185 |
| 89 Weeks | | NRT S | 2025 | 2027 | 2025.855769 | 11.9 | 150.4% | | | 26960 | 700 | | LF/Week | | 38.5 | | $ 1,808 | $ 48,746,796 | $ 20,961,122 | $ 69,707,918 | $ 3,888 | $ 104,812,107 | $ 56,065,311 |
| 89 Weeks | | NRT N | 2027 | 2028 | 2027.567308 | 13.6 | 159.5% | | | 26960 | 700 | | LF/Week | | 38.5 | | $ 1,808 | $ 48,746,796 | $ 20,961,122 | $ 69,707,918 | $ 4,123 | $ 111,168,676 | $ 62,421,881 |
| 340 | | | | | | | | | | | | | | | | | | | | $ 187,631,769 | | $ 361,667,821 | $ 174,036,051 |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | |
|---|---|
| 2014 | |

51,886
153

## Scenario 1

| | TOTALS | | | | |
|---|---|---|---|---|---|
| | $2014 | | | Escalated | Escalation |
| Tunnel | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Total Escalated Cost | $ |
| ERT 1 | $ 121,096,114 | $ 52,071,329 | $ 173,167,443 | $ 190,274,409 | $ 17,106,966 |
| ERT 2 | $ 112,883,376 | $ 48,539,851 | $ 161,423,227 | $ 186,780,264 | $ 25,357,037 |
| NRT S | $ 124,429,426 | $ 53,504,653 | $ 177,934,080 | $ 265,977,800 | $ 88,043,720 |
| NRT N | $ 123,547,551 | $ 53,125,447 | $ 176,672,999 | $ 280,594,168 | $ 103,921,169 |
| | $ 481,956,468 | $ 207,241,281 | $ 689,197,749 | $ 923,626,641 | $ 234,428,892 |

83 Weeks (ERT 1)
79 Weeks (ERT 2)
89 Weeks (NRT S)
89 Weeks (NRT N)
340

PROJECT: AMTRAK TUNNEL CLEANING  EST BY: JCK  DATE: 8/28/2014
NEW YORK, NEW YORK
CKD BY: DC  DATE: 8/28/2014

103772

| ITEM NO. | DESCRIPTION | QTY | UNIT | LABOR | | | | | MATERIAL | | EQUIPMENT | | SUBS | | TOTAL COST | | TOTAL BID COST | | Total Loaded Cost | Total Unit Cost | | Manhours | Production Rate per week | Weeks | Total Manhours /Week | Crew Hours/ Week | No of People |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT COST | MHRS | MHF | $/HR | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | | | | | | | | | |
| | BENCHWALL DEMOLITION | 63,417 | CY | $483.49 | 182,307.95 | 2.87 | $168.18 | $30,661,221 | $63.59 | $4,032,634 | $164.62 | $10,439,625 | $0.00 | $0.00 | $711.69 | $45,133,480.04 | $1,295.93 | $82,184,005.14 | | $1,425.40 | Demo | | | | | | |
| | EXISTING CABLE REMOVAL | 206,205 | LF | $10.87 | 16,678.56 | 0.08 | $134.38 | $2,241,182 | -$5.87 | -$1,210,411 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $1,030,770.95 | $9.10 | $1,876,941.13 | | | | | | | | | |
| | TEMPORARY CONDUIT | 206,205 | LF | $19.23 | 32,815.50 | 0.16 | $120.83 | $3,965,206 | $8.30 | $1,710,618 | $0.00 | $0 | $0.00 | $0.00 | $27.53 | $5,675,823.51 | $50.12 | $10,335,163.78 | | | | | | | | | |
| | TEMPORARY CABLE | 206,205 | LF | $22.49 | 34,509.12 | 0.17 | $134.38 | $4,637,163 | $120.05 | $24,754,809 | $0.00 | $0 | $0.00 | $0.00 | $142.54 | $29,391,972.31 | $259.55 | $53,520,136.29 | $147,916,246.34 | | | 266,311 | 960 | 108.10 | 2,464 | 168 | 15 |
| | PERMANENT CONDUIT | 413,550 | LF | $12.94 | 44,298.18 | 0.11 | $120.83 | $5,352,697 | $8.04 | $3,323,116 | $0.00 | $0 | $0.00 | $0.00 | $20.98 | $8,675,812.95 | $38.20 | $15,797,874.56 | | $1,808.57 | | | | | | | |
| | DRILL & GROUT REBAR | 103,772 | LF | $43.33 | 41,970.75 | 0.40 | $107.14 | $4,496,866 | $3.53 | $365,823 | $0.00 | $0 | $0.00 | $0.00 | $46.86 | $4,862,688.64 | $85.33 | $8,854,518.38 | | | New | | | | | | |
| | REINFORCING STEEL | 9,512,433 | LB | $3.18 | 283,424.44 | 0.03 | $106.73 | $30,250,109 | $0.90 | $8,551,447 | $0.00 | $0 | $0.00 | $0.00 | $4.08 | $38,801,555.70 | $7.43 | $70,654,140.79 | | | | | | | | | |
| | FORMWORK | 622,632 | SF | $18.05 | 93,204.71 | 0.15 | $120.56 | $11,236,345 | $1.35 | $839,603 | $0.00 | $0 | $0.00 | $0.00 | $19.40 | $12,075,947.79 | $35.32 | $21,989,214.09 | | | | | | | | | |
| | CONCRETE | 63,417 | CY | $343.94 | 174,039.16 | 2.74 | $125.33 | $21,811,862 | $246.81 | $15,652,120 | $18.75 | $1,189,050 | $0.00 | $0.00 | $609.51 | $38,653,031.70 | $1,109.86 | $70,383,691.95 | $187,679,439.77 | | | 636,937 | 700 | 148.25 | 4,296 | 168 | 26 |

|  |  |  |
|---|---|---|
| TOTAL ESTIMATED CONSTRUCTION COST | | $184,301,083.58 |
| GENERAL CONDITIONS | 15.00% | $27,645,162.54 |
| SUBTOTAL | | $211,946,246.12 |
| OVERHEAD & PROFIT | 20.00% | $42,389,249.22 |
| SUBTOTAL | | $254,335,495.35 |
| SUBGUARD | 1.5% | $3,815,032.43 |
| SUBTOTAL | | $258,150,527.78 |
| CONTINGENCY | 30% | $77,445,158.33 |
| TOTAL PROJECTED BID | | $335,595,686.11 |

Notes:
Benchwall is 33 SF per Track Foot
Demo = 15,231 TF * 33 SF/TF = 18,616 CY (Same for Concrete)
Reinforcing = 150 PCY = 18,616 * 150 = 2,792,400 #
Formwork = 30,462 LF * 6 FT Height = 182,772 SF

|  | 51,886 | TF | $6,468 |  |
|---|---|---|---|---|
| ERT #1 | 12,913 | TF | $6,468 | $  83,520,547 |
| ERT #2 | 12,013 | TF | $6,468 | $  77,699,398 |
| NRT- NORTH | 13,480 | TF | $6,468 | $  87,187,870 |
| NRT - SOUTH | 13,480 | TF | $6,468 | $  87,187,870 |
|  |  |  | TOTAL COST $ | 335,595,686 |
|  |  |  | 3233.971458 | |

Track & Ballast Replacement

| | | | | | | | | | | | | | | | | | | | | | Manhours | Production Rate per week | Weeks | Total Manhours /Week | Crew Hours/ Week | No of People |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRACK & BALLAST REPLACEMENT | 51,886 | TF | $461.24 | 99,330.07 | 1.91 | $240.93 | $23,931,816 | $872.59 | $45,275,004 | $88.43 | $4,588,094 | $0.00 | $0.00 | $1,422.25 | $73,794,913.98 | $2,589.79 | $134,373,896.82 | | | | 99,330.07 | 1200 | 43.23833 | 2297 | 168 | 14 |

|  |  |  |
|---|---|---|
| TOTAL ESTIMATED CONSTRUCTION COST | | $73,794,913.98 |
| GENERAL CONDITIONS | 15.00% | $11,069,237.10 |
| SUBTOTAL | | $84,864,151.08 |
| OVERHEAD & PROFIT | 20.00% | $16,972,830.22 |
| SUBTOTAL | | $101,836,981.29 |
| SUBGUARD | 1.5% | $1,527,554.72 |
| SUBTOTAL | | $103,364,536.01 |
| CONTINGENCY | 30% | $31,009,360.80 |
| TOTAL PROJECTED BID | | $134,373,896.82 |

|  | 51,886 | TF | $2,590 |  |
|---|---|---|---|---|
| ERT #1 | 12,913 | TF | $2,590 | $  33,441,971 |
| ERT #2 | 12,013 | TF | $2,590 | $  31,111,160 |
| NRT- NORTH | 13,480 | TF | $2,590 | $  34,910,383 |
| NRT - SOUTH | 13,480 | TF | $2,590 | $  34,910,383 |
|  |  |  | TOTAL COST $ | 134,373,897 |

| | Sandy Impacted Lengths | | | Entire Tunnel | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bench Wall (One Side) L.F. | Direct Fixation - T.F. | Bench Wall (Two Sides) LF | Tunnel Full Length* Bench Wall- one side D.F. - T.F. | Bench Full Length | Additional Bench | | Sta | Sta | Manhattan L.F. | |
| ERT 1 | 4,470 | 8,760 | 8,940 | 12,913 | 25,826 | 16,886 | | 10,813 | 2,700 | 4,800 | 8,113 |
| ERT 2 | 4,361 | 7,563 | 8,722 | 12,013 | 24,026 | 15,304 | | 10,813 | 3,600 | 4,800 | 7,213 |
| NRT S | 3,097 | 6,300 | 6,194 | 13,480 | 26,960 | 20,766 | | 32,500 | 19,020 | | 13,480 |
| NRT N | 2,800 | 5,880 | 5,600 | 13,480 | 26,960 | 21,360 | | 32,500 | 19,020 | | 13,480 |