# Exhibit 4

**Not Converted to TIFF**

CONFIDENTIAL
AMT00258619

| | | | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|---|
| | | | $2,014 | | | | |
| | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | 12,913 | $ 2,590 | $ 33,441,971 | | | $ 19,212,124 | $ 52,654,096 |
| ERT 2 | 12,013 | $ 2,590 | $ 31,111,160 | | | $ 20,569,608 | $ 51,680,767 |
| NRT S | 13,480 | $ 2,590 | $ 34,910,383 | | | $ 40,151,592 | $ 75,061,975 |
| NRT N | 13,480 | $ 2,590 | $ 34,910,383 | | | $ 44,703,897 | $ 79,614,280 |
| | | | $ 134,373,897 | | | $ 124,637,221 | $ 259,011,118 |

| | | | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|---|
| | | | $2,014 | | | | |
| | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| ERT 2 | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| NRT S | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| NRT N | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! | #REF! |
| | | | #REF! | #REF! | #REF! | #REF! | #REF! |

| | | | Direct Fix Track | | | | |
|---|---|---|---|---|---|---|---|
| | | | $2,014 | | | | |
| | LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| ERT 1 | #REF! | #REF! | #REF! | | | #REF! | #REF! |
| ERT 2 | #REF! | #REF! | #REF! | | | #REF! | #REF! |
| NRT S | #REF! | #REF! | #REF! | | | #REF! | #REF! |
| NRT N | #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | | #REF! | | | #REF! | #REF! |

| Scenario 1 - 24/7 | | | | | | |
|---|---|---|---|---|---|---|
| Demo Bench | | | | | | |
| | | $2,014 | | | | |
| LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| 25,826 | $ 1,426 | $ 36,824,200 | | | $ 21,155,185 | $ 57,979,385 |
| 24,026 | $ 1,426 | $ 34,257,656 | | | $ 22,649,961 | $ 56,907,617 |
| 26,960 | $ 1,426 | $ 38,441,123 | | | $ 44,212,414 | $ 82,653,536 |
| 26,960 | $ 1,426 | $ 38,441,123 | | | $ 49,225,126 | $ 87,666,249 |
| | | **$ 147,964,101** | | | **$ 137,242,686** | **$ 285,206,787** |

| Scenario 2 -26 weekends per year | | | | | | |
|---|---|---|---|---|---|---|
| Demo Bench | | | | | | |
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | **#REF!** | | | **#REF!** | **#REF!** |

| Scenario 2 -15 weekends per year | | | | | | |
|---|---|---|---|---|---|---|
| Demo Bench | | | | | | |
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | **#REF!** | | | **#REF!** | **#REF!** |

| New Bench | | | | | | |
|---|---|---|---|---|---|---|
| | | $2,014 | | | | |
| LF | Unit Cost | Total Hard Cost | Total Soft Cost | Total Cost | Escalation | Grand Total |
| 25,826 | $ 1,808 | $ 46,696,393 | | | $ 26,826,675 | $ 73,523,068 |
| 24,026 | $ 1,808 | $ 43,441,785 | | | $ 28,722,185 | $ 72,163,969 |
| 26,960 | $ 1,808 | $ 48,746,796 | | | $ 56,065,311 | $ 104,812,107 |
| 26,960 | $ 1,808 | $ 48,746,796 | | | $ 62,421,881 | $ 111,168,676 |
| | | $ 187,631,769 | | | $ 174,036,051 | $ 361,667,821 |

| New Bench | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | #REF! | | | #REF! | #REF! |

| New Bench | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| LF | Unit Cost | Total Cost | | | Escalation | Grand Total |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| #REF! | #REF! | #REF! | | | #REF! | #REF! |
| | | #REF! | | | #REF! | #REF! |

| Total Cost | | Total Escalation | | Grand Total | |
|---|---:|---|---:|---|---:|
| $ | 116,962,564 | $ | 67,193,984 | $ | 184,156,548 |
| $ | 108,810,601 | $ | 71,941,753 | $ | 180,752,353 |
| $ | 122,098,301 | $ | 140,429,317 | $ | 262,527,619 |
| $ | 122,098,301 | $ | 156,350,904 | $ | 278,449,205 |
| **$** | **469,969,768** | **$** | **435,915,958** | **$** | **905,885,726** |

| Total Cost | Total Escalation | Grand Total |
|---|---|---|
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| **#REF!** | **#REF!** | **#REF!** |

| Total Cost | Total Escalation | Grand Total |
|---|---|---|
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| #REF! | #REF! | #REF! |
| **#REF!** | **#REF!** | **#REF!** |

Amtrak Tunnels

Scenario 1 (24-7 Linear)

Basis Year: 2014 — 28,503 / 313

| Scenario 1 | Scenario 1 | Scenario 1 |
| --- | --- | --- |

**Table 1** — Weeks: 91 | Years: 2

| Tunnel | Crack and Delamination Repair / Escalation $ | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) [3.50%] | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (TF) $2,014 | Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ERT 1 | $ - | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 8,760 | 1,200 | TF/Week | 7.3 | | | 2,590 | 22,686,569 | 3,184 | 27,887,585 | 5,201,017 |
| ERT 2 | $ - | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 7563 | 1,200 | TF/Week | 6.3 | | | 2,590 | 19,586,589 | 3,184 | 24,076,919 | 4,490,330 |
| NRT S | $ - | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 6300 | 1,200 | TF/Week | 5.3 | | | 2,590 | 16,315,683 | 4,339 | 27,334,460 | 11,018,777 |
| NRT N | $ - | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 5880 | 1,200 | TF/Week | 4.9 | | | 2,590 | 15,227,971 | 4,339 | 25,512,163 | 10,284,192 |
| | $ - | | | | | | | | 28,503 | | | | | | | 73,816,811 | | 104,811,128 | 30,994,316 |

**Table 2** — Weeks: 74.65 | Years: 1.44

| Tunnel | Crack and Delamination Repair / Escalation $ | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) [3.50%] | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (TF) $2,014 | Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ERT 1 | $ - | 2021 | 2022.4 | 2021.72 | 7.7 | 130.4% | | | 4,153 | 1,200 | TF/Week | 3.5 | | | 2,590 | 10,755,402 | 3,378 | 14,027,043 | 3,271,642 |
| ERT 2 | $ - | 2021 | 2022.4 | 2021.72 | 7.7 | 130.4% | | | 4450 | 1,200 | TF/Week | 3.7 | | | 2,590 | 11,524,570 | 3,378 | 15,030,181 | 3,505,612 |
| NRT S | $ - | 2030 | 2031.4 | 2030.72 | 16.7 | 177.7% | | | 7180 | 1,200 | TF/Week | 6.0 | | | 2,590 | 18,594,699 | 4,603 | 33,051,548 | 14,456,849 |
| NRT N | $ - | 2030 | 2031.4 | 2030.72 | 16.7 | 177.7% | | | 7600 | 1,200 | TF/Week | 6.3 | | | 2,590 | 19,682,411 | 4,603 | 34,984,925 | 15,302,514 |
| | $ - | | | | | | | | 23,383 | | | | | | | 60,557,082 | 4,152 | 97,093,698 | 36,536,616 |

**Table 3** — Weeks: 165.65 | Years: 3.19

| Tunnel | Crack and Delamination Repair / Escalation $ | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) [3.50%] | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (TF) $2,014 | Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ERT 1 | $ - | | | | | | | | 12,913 | 1,200 | TF/Week | 10.8 | | | 2,590 | 33,441,971 | 3,246 | 41,914,629 | 8,472,658 |
| ERT 2 | $ - | | | | | | | | 12013 | 1,200 | TF/Week | 10.0 | | | 2,590 | 31,111,159 | 3,255 | 39,107,100 | 7,995,941 |
| NRT S | $ - | | | | | | | | 13480 | 1,200 | TF/Week | 11.2 | | | 2,590 | 34,910,382 | 4,480 | 60,386,008 | 25,475,626 |
| NRT N | $ - | | | | | | | | 13480 | 1,200 | TF/Week | 11.2 | | | 2,590 | 34,910,382 | 4,488 | 60,497,088 | 25,586,706 |
| | $ - | | | | | | | | | | | | | | | 134,373,893 | | 201,904,825 | 67,530,932 |

Scenario 1 (24-7 Linear)

Amtrak Tunnels

| Basis Year | |
|---|---|
| | 28,503 |
| 2014 | 313 |

| Scenario 1 | Scenario 1 |
|---|---|

## "A"- Damaged Lengths of Tunnels

Bench Wall Demo

Weeks: 91
Years: 2

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.50% / 3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2014 Unit Cost (Bench LF) | $2014 Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 8940 | 960 | LF/Week | | 9.3 | | $ 1,426 | $ 12,747,168 | $ 1,753 | $ 15,669,524 | 2,922,356 |
| ERT 2 | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 8722 | 960 | LF/Week | | 9.1 | | $ 1,426 | $ 12,436,331 | $ 1,753 | $ 15,287,426 | 2,851,095 |
| NRT S | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 6194 | 960 | LF/Week | | 6.5 | | $ 1,426 | $ 8,831,762 | $ 2,389 | $ 14,796,283 | 5,964,520 |
| NRT N | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 5600 | 960 | LF/Week | | 5.8 | | $ 1,426 | $ 7,984,803 | $ 2,389 | $ 13,377,330 | 5,392,527 |
| | | | | | | | | | | | | | | $ 42,000,063 | | $ 59,130,562 | $ 17,130,499 | |

## "B" - Remaining Length of Tunnels

Bench Wall Demo

Weeks: 74.65
Years: 1.44

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.50% / 3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2014 Unit Cost (Bench LF) | $2014 Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | 2021 | 2022.4 | 2021.72 | 7.7 | 130.4% | | | 16886 | 960 | LF/Week | | 17.6 | | $ 1,426 | $ 24,077,033 | $ 1,860 | $ 31,400,926 | 7,323,894 |
| ERT 2 | 2021 | 2022.44 | 2021.72 | 7.7 | 130.4% | | | 15304 | 960 | LF/Week | | 15.9 | | $ 1,426 | $ 21,821,326 | $ 1,860 | $ 28,459,065 | 6,637,740 |
| NRT S | 2030 | 2031.44 | 2030.72 | 16.7 | 177.7% | | | 20766 | 960 | LF/Week | | 21.6 | | $ 1,426 | $ 29,609,360 | $ 2,534 | $ 52,629,794 | 23,020,434 |
| NRT N | 2030 | 2031.44 | 2030.72 | 16.7 | 177.7% | | | 21360 | 960 | LF/Week | | 22.3 | | $ 1,426 | $ 30,456,320 | $ 2,534 | $ 54,135,241 | 23,678,921 |
| | | | | | | | | | | | | | | $ 105,964,038 | | $ 166,625,026 | $ 60,660,988 | |

## "A+B" - Full Length of Tunnels

Bench Wall Demo

Weeks: 165.65
Years: 3.19

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.50% / 3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2014 Unit Cost (Bench LF) | $2014 Total Cost | Escalated to Midpoint Unit Cost | Escalated to Midpoint Total Cost | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | | | | | | | | 25826 | 960 | LF/Week | | 26.9 | | $ 1,426 | $ 36,824,200 | $ 1,823 | $ 47,070,450 | 10,246,250 |
| ERT 2 | | | | | | | | 24026 | 960 | LF/Week | | 25.0 | | $ 1,426 | $ 34,257,656 | $ 1,821 | $ 43,746,491 | 9,488,835 |
| NRT S | | | | | | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 2,501 | $ 67,426,077 | 28,984,954 |
| NRT N | | | | | | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 2,504 | $ 67,512,571 | 29,071,448 |
| | | | | | | | | | | | | | | $ 147,964,101 | | $ 225,755,589 | $ 77,791,487 | |

Amtrak Tunnels

Scenario 1 (24-7 Linear)

| Basis Year | |
|---|---|
| 2014 | 28,503 |
| | 313 |

| Scenario 1 | Scenario 1 |
|---|---|

**Section 1**

Weeks: 91
Years: 2

Bench Wall New — $2014

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (Bench LF) | Total Cost | Unit Cost (Escalated to Midpoint) | Total Cost (Escalated to Midpoint) | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 8940 | 700 | LF/Week | | 12.8 | | 1,808 | 16,164,553 | 2,223 | 19,870,363 | 3,705,810 |
| ERT 2 | 2019 | 2021 | 2020 | 6.0 | 122.9% | | | 8722 | 700 | LF/Week | | 12.5 | | 1,808 | 15,770,384 | 2,223 | 19,385,829 | 3,615,445 |
| NRT S | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 6194 | 700 | LF/Week | | 8.8 | | 1,808 | 11,199,468 | 3,029 | 18,763,015 | 7,563,548 |
| NRT N | 2028 | 2030 | 2029 | 15.0 | 167.5% | | | 5600 | 700 | LF/Week | | 8.0 | | 1,808 | 10,125,447 | 3,029 | 16,963,656 | 6,838,209 |
| | | | | | | | | | | | | | | | 53,259,852 | | 74,982,863 | 21,723,011 |

**Section 2**

Weeks: 74.65
Years: 1.44

Bench Wall New

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (Bench LF) | Total Cost | Unit Cost (Escalated to Midpoint) | Total Cost (Escalated to Midpoint) | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | 2021 | 2022.4 | 2021.72 | 7.7 | 130.4% | | | 16886 | 700 | LF/Week | | 24.1 | | 1,808 | 30,531,840 | 2,358 | 39,819,195 | 9,287,355 |
| ERT 2 | 2021 | 2022.44 | 2021.72 | 7.7 | 130.4% | | | 15304 | 700 | LF/Week | | 21.9 | | 1,808 | 27,671,401 | 2,358 | 36,088,651 | 8,417,250 |
| NRT S | 2030 | 2031.44 | 2030.72 | 16.7 | 177.7% | | | 20766 | 700 | LF/Week | | 29.7 | | 1,808 | 37,547,328 | 3,214 | 66,739,306 | 29,191,978 |
| NRT N | 2030 | 2031.44 | 2030.72 | 16.7 | 177.7% | | | 21360 | 700 | LF/Week | | 30.5 | | 1,808 | 38,621,349 | 3,214 | 68,648,347 | 30,026,998 |
| | | | | | | | | | | | | | | | 134,371,917 | | 211,295,498 | 76,923,581 |

**Section 3**

Weeks: 165.65
Years: 3.19

Bench Wall New

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost (Bench LF) | Total Cost | Unit Cost (Escalated to Midpoint) | Total Cost (Escalated to Midpoint) | Escalation $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ERT 1 | | | | | | | | 25826 | 700 | LF/Week | | 36.9 | | 1,808 | 46,696,393 | 2,311 | 59,689,558 | 12,993,165 |
| ERT 2 | | | | | | | | 24026 | 700 | LF/Week | | 34.3 | | 1,808 | 43,441,785 | 2,309 | 55,474,479 | 12,032,694 |
| NRT S | | | | | | | | 26960 | 700 | LF/Week | | 38.5 | | 1,808 | 48,746,796 | 3,171 | 85,502,321 | 36,755,525 |
| NRT N | | | | | | | | 26960 | 700 | LF/Week | | 38.5 | | 1,808 | 48,746,796 | 3,176 | 85,612,003 | 36,865,207 |
| | | | | | | | | | | | | | | | 187,631,769 | | 286,278,361 | 98,646,592 |

Amtrak Tunnels

**Scenario 1 (24-7 Linear)**



| Basis Year | | 28,503 |
|---|---|---|
| 2014 | | 313 |

| | Scenario 1 | Scenario 1 |
|---|---|---|

**Weeks** — 91
**Years** — 2

| Tunnel | $2014 Total Cost | Escalated Total Cost | Escalation $ |
|---|---|---|---|
| ERT 1 | $ 51,598,289 | $ 63,427,472 | $ 11,829,183 |
| ERT 2 | $ 47,793,304 | $ 58,750,173 | $ 10,956,869 |
| NRT S | $ 36,346,913 | $ 60,893,759 | $ 24,546,845 |
| NRT N | $ 33,338,221 | $ 55,853,149 | $ 22,514,929 |
| | $ 169,076,727 | $ 238,924,553 | $ 69,847,826 |

**Weeks** — 74.65
**Years** — 1.44

| Tunnel | $2014 Total Cost | Escalated Total Cost | Escalation $ |
|---|---|---|---|
| ERT 1 | $ 65,364,274 | $ 85,247,164 | $ 19,882,890 |
| ERT 2 | $ 61,017,296 | $ 79,577,897 | $ 18,560,601 |
| NRT S | $ 85,751,387 | $ 152,420,648 | $ 66,669,261 |
| NRT N | $ 88,760,080 | $ 157,768,513 | $ 69,008,433 |
| | $ 300,893,037 | $ 475,014,222 | $ 174,121,185 |

**Weeks** — 165.65
**Years** — 3.19

| Tunnel | $2014 Total Cost | Escalated Total Cost | Escalation $ |
|---|---|---|---|
| ERT 1 | $ 116,962,563 | $ 148,674,637 | $ 31,712,073 |
| ERT 2 | $ 108,810,600 | $ 138,328,070 | $ 29,517,471 |
| NRT S | $ 122,098,301 | $ 213,314,406 | $ 91,216,106 |
| NRT N | $ 122,098,301 | $ 213,621,662 | $ 91,523,362 |
| | $ 469,969,764 | $ 713,938,775 | $ 243,969,011 |
| | TRUE | TRUE | TRUE |

| Scenario | Description | Construction Start | Duration - Years | | Estimated Completion | | ERTs - Cost | | NRTs - Cost | |
| | | | ERT | NRT | ERT | NRT | 2014 - $'s | Escalated Mid-Point Construction @ 3.5%/yr | 2014 - $'s | Escalated Mid-Point Construction @ 3.5%/yr |
|---|---|---|---|---|---|---|---|---|---|---|
| **24/7** | ESTs & NRTs full closure (Portal to Portal) | ERT-2016  NRT-2025 | 3.1 | 3.3 | 2019.1 | 2028.4 | 334,591,000 | 377,055,000 | 354,607,000 | 546,572,000 |

| Cost Summary | | |
|---|---|---|
| **Scenario** | **2014 - $'s** | **Escalated** |
| **24/7** | 689,198,000 | 923,627,000 |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | |
|---|---|
| 2014 | |

51,886 TF
153 TF/Week

| | Scenario 1 |
|---|---|

| | | | | | | | | | | | | | | | Power Washing | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3.50% | | | | | | | | | | $2,014 | | | | Escalated to Midpoint | | Escalation | |
| | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | Unit Cost | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Unit Cost | Total Cost | $ | |
| 83 Weeks | ERT 1 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 4,470 | 1200 | TF/Week | | | 3.73 | $ 425.00 | $ 1,899,750 | $ 816,893 | $ 2,716,643 | $ 629 | $ 2,811,725 | $ 95,082.49 | |
| 79 Weeks | ERT 2 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 4361 | 1200 | TF/Week | | | 3.63 | $ 425.00 | $ 1,853,425 | $ 796,973 | $ 2,650,398 | $ 629 | $ 2,743,162 | $ 92,763.92 | |
| 89 Weeks | NRT S | 2015 | 2015 | 2015 | 1 | 103.5% | | | 3097 | 1200 | TF/Week | | | 2.58 | $ 425.00 | $ 1,316,225 | $ 565,977 | $ 1,882,202 | $ 629 | $ 1,948,079 | $ 65,877.06 | |
| 89 Weeks | NRT N | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2800 | 1200 | TF/Week | | | 2.33 | $ 425.00 | $ 1,190,000 | $ 511,700 | $ 1,701,700 | $ 629 | $ 1,761,260 | 59,559 | |
| 340 | | | | | | | | | | | | | | | | $ 6,259,400 | | | | $ 9,264,225 | $ 313,283 | |

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year | | 51,886 |
|---|---|---|
| 2014 | | 153 |



| | Scenario 1 | | | | | | | | | | | | | | | | | | | |

| | | Crack and Delamination Repair | | | | | | | | | | | | | | | | | | |

| | Tunnel | Start Date | End Date | Midpoint | Escalation Duration | Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage) | Units | No. Shifts | No. Weeks | No. Weekends | $2,014 | | | | Escalated to Midpoint | | Escalation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.50% | | | | | | | | | Unit Cost | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Unit Cost | Total Cost | $ |
| 83 Weeks | ERT 1 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2,628 | 1200 | TF/Weekend | | | 2.19 | $ 850.00 | $ 2,233,800 | $ 960,534 | $ 3,194,334 | $ 1,258 | $ 3,306,136 | $ 111,801.69 |
| 79 Weeks | ERT 2 | 2015 | 2015 | 2015 | 1 | 103.5% | | | 2611 | 1200 | TF/Weekend | | | 2.18 | $ 850.00 | $ 2,219,350 | $ 954,321 | $ 3,173,671 | $ 1,258 | $ 3,284,749 | $ 111,078.47 |
| 89 Weeks | NRT S | 2015 | 2015 | 2015 | 1 | 103.5% | | | 1194 | 1200 | TF/Weekend | | | 1.00 | $ 850.00 | $ 1,014,900 | $ 436,407 | $ 1,451,307 | $ 1,258 | $ 1,502,103 | $ 50,795.74 |
| 89 Weeks | NRT N | 2015 | 2015 | 2015 | 1 | 103.5% | | | 305 | 1200 | TF/Weekend | | | 0.25 | $ 850.00 | $ 259,250 | $ 111,478 | $ 370,728 | $ 1,258 | $ 383,703 | $ 12,975 |
| 340 | | | | | | | | | 6,738 | | | | | | $ 5,727,300 | $ 2,462,739 | $ 8,190,039 | | $ 8,476,690 | $ 286,651 |

Amtrak Tunnels

24-7 One tunnel at a Time)

Basis Year
2014

51,886
153



| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Scenario 1**

**Portal to Portal Full Length Repairs**

**Direct Fixation (D.F.) Track**

| Tunnel | Start Date | End Date | Midpoint | Escalation Duration | 3.50% Escalation (3.5%/Year) | Station | Station | Length | Production Rate (6 Shifts per weekend and 21 Shifts/Week | Units | No. Shifts | No. Weeks | No. Weekends | $ 2,014 | | | | Escalated to Midpoint | | Escalation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Unit Cost (TF) | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Unit Cost | Total Cost | $ |
| ERT 1 | 2016 | 2018 | 2,016.8 | 2.8 | 110.1% | | | 12,913 | 1,200 | TF/Week | | 10.8 | | $ 2,590 | $ 33,441,971 | $ 14,380,048 | $ 47,822,019 | $ 4,078 | $ 52,654,096 | $ 19,212,124 |
| ERT 2 | 2018 | 2019 | 2,018.4 | 4.4 | 116.2% | | | 12013 | $ 1,200 | TF/Week | | 10.0 | | $ 2,590 | $ 31,111,160 | $ 13,377,799 | $ 44,488,958 | $ 4,302 | $ 51,680,767 | $ 20,569,608 |
| NRT S | 2025 | 2027 | 2,025.9 | 11.9 | 150.4% | | | 13480 | $ 1,200 | TF/Week | | 11.2 | | $ 2,590 | $ 34,910,383 | $ 15,011,465 | $ 49,921,848 | $ 5,568 | $ 75,061,975 | $ 40,151,592 |
| NRT N | 2027 | 2028 | 2,027.6 | 13.6 | 159.5% | | | 13480 | $ 1,200 | TF/Week | | 11.2 | | $ 2,590 | $ 34,910,383 | $ 15,011,465 | $ 49,921,848 | $ 5,906 | $ 79,614,280 | $ 44,703,897 |

83 Weeks
79 Weeks
89 Weeks
89 Weeks

340

51,886

$ 134,373,897

$ 259,011,118 $ 124,637,221

Amtrak Tunnels

**24-7 One tunnel at a Time)**

| Basis Year |
|---|
| 2014 |

51,886
153

| | Scenario 1 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Bench Wall Demo** | | | | | | | | | | | | | | | | | |
| | | | | | | 3.50% | | | | | | | | | $2014 | | | Escalated to Midpoint | Escalation |
| **Tunnel** | **Start Date** | **End Date** | **Midpoint** | **Escalation Duration** | **Escalation (3.5%/Year)** | **Station** | **Station** | **Length** | **Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage)** | **Units** | **No. Shifts** | **No. Weeks** | **No. Weekends** | **Unit Cost (Bench LF)** | **Total Hard Cost** | **Total Soft Cost (43%)** | **Total Cost** | **Unit Cost** | **Total Cost** | **$** |
| ERT 1 | 2016 | 2018 | 2016.798 | 2.8 | 110.1% | | | 25,826 | 960 | LF/Week | | 26.9 | | $ 1,426 | $ 36,824,200 | $ 15,834,406 | 52,658,606 | $ 2,245 | $ 57,979,385 | $ 21,155,185 |
| ERT 2 | 2018 | 2019 | 2018.356 | 4.4 | 116.2% | | | 24,026 | 960 | LF/Week | | 25.0 | | $ 1,426 | $ 34,257,656 | $ 14,730,792 | 48,988,448 | $ 2,369 | $ 56,907,617 | $ 22,649,961 |
| NRT S | 2025 | 2027 | 2025.856 | 11.9 | 150.4% | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 16,529,683 | 54,970,805 | $ 3,066 | $ 82,653,536 | $ 44,212,414 |
| NRT N | 2027 | 2028 | 2027.567 | 13.6 | 159.5% | | | 26960 | 960 | LF/Week | | 28.1 | | $ 1,426 | $ 38,441,123 | $ 16,529,683 | 54,970,805 | $ 3,252 | $ 87,666,249 | $ 49,225,126 |
| | | | | | | | | | | | | | | | | | $ 147,964,101 | | $ 285,206,787 | $ 137,242,686 |

83  Weeks
79  Weeks
89  Weeks
89  Weeks
340

Amtrak Tunnels

24-7 One tunnel at a Time)



| Basis Year | |
|---|---|
| 2014 | 51,886 |
| | 153 |

| | | | | | | | | | | Scenario 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | Bench Wall New | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 3.50% | | | | | | **$2014** | | | | Escalated to Midpoint | | Escalation |
| **Tunnel** | **Start Date** | **End Date** | **Midpoint** | **Escalation Duration** | **Escalation (3.5%/Year)** | **Length** | **Production Rate (6 Shifts per weekend and 21 Shifts/Week per 24/7 Outage)** | **Units** | **No. Weeks** | **Unit Cost (Bench LF)** | **Total Hard Cost** | **Total Soft Cost (43%)** | **Total Cost** | **Unit Cost** | **Total Cost** | **$** |
| ERT 1 | 2016 | 2018 | 2016.798 | 2.8 | 110.1% | 25826 | 700 | LF/Week | 36.9 | $ 1,808 | $ 46,696,393 | $ 20,079,449 | $ 66,775,842 | $ 2,847 | $ 73,523,068 | $ 26,826,675 |
| ERT 2 | 2018 | 2019 | 2018.356 | 4.4 | 116.2% | 24026 | 700 | LF/Week | 34.3 | $ 1,808 | $ 43,441,785 | $ 18,679,967 | $ 62,121,752 | $ 3,004 | $ 72,163,969 | $ 28,722,185 |
| NRT S | 2025 | 2027 | 2025.856 | 11.9 | 150.4% | 26960 | 700 | LF/Week | 38.5 | $ 1,808 | $ 48,746,796 | $ 20,961,122 | $ 69,707,918 | $ 3,888 | $ 104,812,107 | $ 56,065,311 |
| NRT N | 2027 | 2028 | 2027.567 | 13.6 | 159.5% | 26960 | 700 | LF/Week | 38.5 | $ 1,808 | $ 48,746,796 | $ 20,961,122 | $ 69,707,918 | $ 4,123 | $ 111,168,676 | $ 62,421,881 |
| | | | | | | | | | | | | | $ 187,631,769 | | $ 361,667,821 | $ 174,036,051 |

83 Weeks
79 Weeks
89 Weeks
89 Weeks
340

Amtrak Tunnels

24-7 One tunnel at a Time)



Basis Year
2014

51,886
153

| | Tunnel | Total Hard Cost | Total Soft Cost (43%) | Total Cost | Total Escalated Cost | $ |
|---|---|---|---|---|---|---|
| | | | | | Escalated | Escalation |
| 83 Weeks | ERT 1 | $ 121,096,114 | $ 52,071,329 | $ 173,167,443 | $ 190,274,409 | $ 17,106,966 |
| 79 Weeks | ERT 2 | $ 112,883,376 | $ 48,539,851 | $ 161,423,227 | $ 186,780,264 | $ 25,357,037 |
| 89 Weeks | NRT S | $ 124,429,426 | $ 53,504,653 | $ 177,934,080 | $ 265,977,800 | $ 88,043,720 |
| 89 Weeks | NRT N | $ 123,547,551 | $ 53,125,447 | $ 176,672,999 | $ 280,594,168 | $ 103,921,169 |
| 340 | | $ 481,956,468 | $ 207,241,281 | $ 689,197,749 | $ 923,626,641 | $ 234,428,892 |

Scenario 1

TOTALS

$2014

| Tunnel | Inundated Length-LF | Length to Portal-LF for D.F. | | | | | | Direct Fixation (D.F.) Track | Bench Wall Replacement |
|---|---|---|---|---|---|---|---|---|---|
| ERT Line 1 | 4,206 | 8,760 | 535 | 257 | $2,250,000 | $832 | 3,500,000 | $35,040,000 | $33,600,000 |
| ERT Line 2 | 4,061 | 7,800 | 517 | 269 | $2,100,000 | $862 | 3,500,000 | $31,200,000 | $32,800,000 |
| NRT- North | 3,097 | 6,300 | 242 | 119 | $750,000 | $504 | 1,560,000 | $12,388,000 | $27,000,000 |
| NRT- South | 2,314 | 5,880 | 270 | 106 | $625,000 | $173 | 400,000 | $9,256,000 | $21,200,000 |
| Subtotals | 13,678 | 28,740 | | | $5,725,000 | | $8,960,000 | $87,884,000 | $114,600,000 |
| Soft Costs* | NA | NA | | | $1,030,500 | | $1,612,800 | $15,819,120 | $20,628,000 |
| Force Protection** | NA | NA | | | $1,431,250 | | $2,240,000 | $21,971,000 | $28,650,000 |
| Totals | NA | NA | | | $8,186,750 | | $12,812,800 | $125,674,120 | $163,878,000 |
| Grand Total | **$310,551,670** | | | | | | | | |
| Range | **$300 to $325 Million** | | | | | | | | |

4000

*  10% Engineering + 8% Construction Management
**  Force Protection 25%

Direct Fixation  $/LF          4000

Schedule D.F.          81          28740/(2*177)
Schedule Bench Walls

PROJECT: AMTRAK TUNNEL CLEANING
NEW YORK, NEW YORK

EST BY: JCK   DATE: 8/28/2014
CKD BY: DC   DATE: 8/28/2014

103772 Total

| ITEM NO. | DESCRIPTION | QTY | UNIT | LABOR UNIT COST | MHRS | MHF | $/HR | LABOR TOTAL | MATERIAL UNIT COST | MATERIAL TOTAL | EQUIPMENT UNIT COST | EQUIPMENT TOTAL | SUBS UNIT COST | SUBS TOTAL | TOTAL COST UNIT COST | TOTAL COST TOTAL | TOTAL BID COST UNIT COST | TOTAL BID COST TOTAL | Total Loaded Cost | Total Unit Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BENCHWALL DEMOLITION | 63,417 | CY | 483.49 | 182,307.95 | 2.87 | ##### | $30,661,221 | $63.59 | $4,032,634 | $164.62 | $10,439,625 | $0.00 | $0.00 | $711.69 | $45,133,480.04 | $1,295.93 | $82,184,005.14 | $1,425.40 | |
| | EXISTING CABLE REMOVAL | 206,205 | LF | 10.87 | 16,678.56 | 0.08 | ##### | $2,241,182 | -$5.87 | -$1,210,411 | $0.00 | $0 | $0.00 | $0.00 | $5.00 | $1,030,770.95 | $9.10 | $1,876,941.13 | | Demo |
| | TEMPORARY CABLE REMOVAL | 206,205 | LF | 19.23 | 32,815.50 | 0.16 | ##### | $3,965,206 | $8.30 | $1,710,618 | $0.00 | $0 | $0.00 | $0.00 | $27.53 | $5,675,823.51 | $50.12 | $10,335,163.78 | | |
| | TEMPORARY CABLE | 206,205 | LF | 22.49 | 34,509.12 | 0.17 | ##### | $4,637,163 | $120.00 | $24,754,809 | $0.00 | $0 | $0.00 | $0.00 | $142.54 | $29,391,972.31 | $259.55 | $53,520,136.29 | $147,916,246.34 | |
| | PERMANENT CONDUIT | 413,550 | LF | 12.94 | 44,298.18 | 0.11 | ##### | $5,352,697 | $8.04 | $3,323,116 | $0.00 | $0 | $0.00 | $0.00 | $20.98 | $8,675,812.95 | $38.20 | $15,797,874.56 | | $1,808.57 |
| | DRILL & GROUT REBAR | 103,772 | LF | 43.33 | 41,970.75 | 0.40 | ##### | $4,496,866 | $3.53 | $365,823 | $0.00 | $0 | $0.00 | $0.00 | $46.86 | $4,862,688.64 | $85.33 | $8,854,518.38 | | |
| | REINFORCING STEEL | 9,512,433 | LB | 3.18 | 283,424.44 | 0.03 | ##### | $30,250,109 | $0.90 | $8,551,447 | $0.00 | $0 | $0.00 | $0.00 | $4.08 | $38,801,555.70 | $7.43 | $70,654,140.79 | | New |
| | FORMWORK | 622,632 | SF | 18.05 | 93,204.71 | 0.15 | ##### | $11,236,345 | $1.35 | $839,603 | $0.00 | $0 | $0.00 | $0.00 | $19.40 | $12,075,947.79 | $35.32 | $21,989,214.09 | | |
| | CONCRETE | 63,417 | CY | 343.94 | 174,039.16 | 2.74 | ##### | $21,813,862 | $246.81 | $15,652,120 | $18.75 | $1,189,050 | $0.00 | $0.00 | $609.51 | $38,653,031.70 | $1,109.86 | $70,383,691.95 | $187,679,439.77 | |

**TOTAL ESTIMATED CONSTRUCTION COST** $184,301,083.58
GENERAL CONDITIONS 15.00% $27,645,162.54

Notes:
Benchwall is 33 SF per Track Foot
Demo = 15,231 TF * 33 SF/TF = 18,616 CY (Same for Concrete)
Reinforcing = 150 PCY = 18,616 * 150 = 2,792,400 #
Formwork = 30,462 LF * 6 FT Height = 182,772 SF

**SUBTOTAL** $211,946,246.12
OVERHEAD & PROFIT 20.00% $42,389,249.22

**SUBTOTAL** $254,335,495.35
SUBGUARD 1.5% $3,815,032.43

**SUBTOTAL** $258,150,527.78
CONTINGENCY 30% $77,445,158.33

**TOTAL PROJECTED BID** $335,595,686.11

51,886 TF $6,468

| | | | | | |
|---|---|---|---|---|---|
| ERT #1 | 12,913 | TF | $6,468 | $ | 83,520,547 |
| ERT #2 | 12,013 | TF | $6,468 | $ | 77,699,398 |
| NRT- NORTH | 13,480 | TF | $6,468 | $ | 87,187,870 |
| NRT - SOUTH | 13,480 | TF | $6,468 | $ | 87,187,870 |

TOTAL COST $ 335,595,686

3233.971458

| Manhours | Production Rate per week | Weeks | Total Manhours /Week | Crew Hours/ Week | No of People |
|---|---|---|---|---|---|
| 266,311 | 960 | 108.10 | 2,464 | 168 | 15 |
| 636,937 | 700 | 148.25 | 4,296 | 168 | 26 |

---

Track & Ballast Replacement

| | DESCRIPTION | QTY | UNIT | LABOR UNIT COST | MHRS | MHF | $/HR | LABOR TOTAL | MATERIAL UNIT COST | MATERIAL TOTAL | EQUIPMENT UNIT COST | EQUIPMENT TOTAL | SUBS UNIT COST | SUBS TOTAL | TOTAL COST UNIT COST | TOTAL COST TOTAL | TOTAL BID COST UNIT COST | TOTAL BID COST TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRACK & BALLAST REPLACEMENT | 51,886 | TF | 463.24 | 99,330.07 | 1.91 | ##### | $23,931,836 | $872.59 | $45,275,004 | $88.43 | $4,588,094 | $0.00 | $0.00 | $1,422.25 | $73,794,913.98 | $2,589.79 | $134,373,896.82 |

**TOTAL ESTIMATED CONSTRUCTION COST** $73,794,913.98
GENERAL CONDITIONS 15.00% $11,069,237.10

**SUBTOTAL** $84,864,151.08
OVERHEAD & PROFIT 20.00% $16,972,830.22

**SUBTOTAL** $101,836,981.29
SUBGUARD 1.5% $1,527,554.72

**SUBTOTAL** $103,364,536.01
CONTINGENCY 30% $31,009,360.80

**TOTAL PROJECTED BID** $134,373,896.82

51,886 TF $2,590

| | | | | | |
|---|---|---|---|---|---|
| ERT #1 | 12,913 | TF | $2,590 | $ | 33,441,971 |
| ERT #2 | 12,013 | TF | $2,590 | $ | 31,111,160 |
| NRT- NORTH | 13,480 | TF | $2,590 | $ | 34,910,383 |
| NRT - SOUTH | 13,480 | TF | $2,590 | $ | 34,910,383 |

TOTAL COST $ 134,373,897

| Manhours | Production Rate per week | Weeks | Total Manhours /Week | Crew Hours/ Week | No of People |
|---|---|---|---|---|---|
| 99,330.07 | 1200 | 43.23833 | 2297 | 168 | 14 |

| | Sandy Impacted Lengths | | | Entire Tunnel | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bench Wall (One Side) L.F. | Direct Fixation - T.F. | Bench Wall (Two Sides) LF | Tunnel Full Length* Bench Wall- one side D.F. - T.F. | Bench Full Length | Additional Bench | | Sta | Sta | Manhattan L.F. | |
| ERT 1 | 4,470 | 8,760 | 8,940 | 12,913 | 25,826 | 16,886 | | 10,813 | 2,700 | 4,800 | 8,113 |
| ERT 2 | 4,361 | 7,563 | 8,722 | 12,013 | 24,026 | 15,304 | | 10,813 | 3,600 | 4,800 | 7,213 |
| NRT S | 3,097 | 6,300 | 6,194 | 13,480 | 26,960 | 20,766 | | 32,500 | 19,020 | | 13,480 |
| NRT N | 2,800 | 5,880 | 5,600 | 13,480 | 26,960 | 21,360 | | 32,500 | 19,020 | | 13,480 |

PROJECT: AMTRAK TUNNEL CLEANING     EST BY:   JCK    DATE:   8/4/2014
NEW YORK, NEW YORK     CKD BY:   DC    DATE:   8/4/2014

| | | | | LABOR | | | | MATERIAL | | EQUIPMENT | | SUBS | | TOTAL COST | | TOTAL BID COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION | QTY | UNIT | UNIT COST | MHRS | MHF | $/HR | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL |
| Demo | BENCHWALL DEMOLITION | 18,616 | CY | $483.48 | 53,516.02 | 2.87 | $168.18 | $9,000,521 | $63.59 | $1,183,774 | $164.62 | $3,064,525 | $0.00 | $0.00 | $711.69 | $13,248,820.20 | $1,295.92 | $24,124,909.20 |
| Demo | EXISTING CABLE REMOVAL | 60,532 | LF | $10.87 | 4,896.00 | 0.08 | $134.38 | $657,900 | -$5.87 | -$355,315 | $0.00 | $0 | $0.00 | $0.00 | $5.00 | $302,585.00 | $9.10 | $550,980.05 |
| Demo | TEMPORARY CONDUIT | 60,532 | LF | $19.36 | 9,696.00 | 0.16 | $120.83 | $1,171,600 | $8.30 | $502,470 | $0.00 | $0 | $0.00 | $0.00 | $27.66 | $1,674,070.00 | $50.36 | $3,048,330.80 |
| Demo | TEMPORARY CABLE | 60,532 | LF | $22.48 | 10,128.00 | 0.17 | $134.38 | $1,360,950 | $120.05 | $7,266,745 | $0.00 | $0 | $0.00 | $0.00 | $142.53 | $8,627,695.00 | $259.54 | $15,710,256.10 |
| New | PERMANENT CONDUIT | 121,064 | LF | $12.94 | 12,960.00 | 0.11 | $120.83 | $1,566,000 | $8.04 | $972,780 | $0.00 | $0 | $0.00 | $0.00 | $20.97 | $2,538,780.00 | $38.19 | $4,622,889.89 |
| New | DRILL & GROUT REBAR | 30,461 | LF | $43.33 | 12,320.00 | 0.40 | $107.14 | $1,320,000 | $3.53 | $107,383 | $0.00 | $0 | $0.00 | $0.00 | $46.86 | $1,427,382.88 | $85.33 | $2,599,135.77 |
| New | REINFORCING STEEL | 2,792,400 | LB | $3.18 | 83,200.00 | 0.03 | $106.73 | $8,880,000 | $0.90 | $2,510,300 | $0.00 | $0 | $0.00 | $0.00 | $4.08 | $11,390,300.00 | $7.43 | $20,740,711.17 |
| New | FORMWORK | 182,772 | SF | $18.05 | 27,360.00 | 0.15 | $120.56 | $3,298,400 | $1.35 | $246,463 | $0.00 | $0 | $0.00 | $0.00 | $19.40 | $3,544,863.20 | $35.32 | $6,454,876.85 |
| New | CONCRETE | 18,616 | CY | $343.95 | 51,089.60 | 2.74 | $125.33 | $6,402,924 | $246.81 | $4,594,662 | $18.75 | $349,050 | $0.00 | $0.00 | $609.51 | $11,346,636.00 | $1,109.86 | $20,661,202.96 |

Notes:
Benchwall is 33 SF per Track Foot
Demo = 15,231 TF * 33 SF/TF = 18,616 CY (Same for Concrete)
Reinforcing = 150 PCY = 18,616 * 150 = 2,792,400 #
Formwork = 30,462 LF * 6 FT Height = 182,772 SF

| | | |
|---|---|---|
| TOTAL ESTIMATED CONSTRUCTION COST | | $54,101,132.29 |
| GENERAL CONDITIONS | 15.00% | $8,115,169.84 |
| SUBTOTAL | | $62,216,302.13 |
| OVERHEAD & PROFIT | 20.00% | $12,443,260.43 |
| SUBTOTAL | | $74,659,562.56 |
| SUBGUARD | 1.5% | $1,119,893.44 |
| SUBTOTAL | | $75,779,455.99 |
| CONTINGENCY | 30% | $22,733,836.80 |
| TOTAL PROJECTED BID | | $98,513,292.79 |

| | 15,231 | TF | | $6,468 |
|---|---|---|---|---|
| ERT #1 | 4,470 | TF | $6,468 | $ 28,911,721 |
| ERT #2 | 4,361 | TF | $6,468 | $ 28,206,715 |
| NRT- NORTH | 3,600 | TF | $6,468 | $ 23,284,607 |
| NRT - SOUTH | 2,800 | TF | $6,468 | $ 18,110,250 |
| TOTAL COST | | | | $ 98,513,293 |

PROJECT: AMTRAK TUNNEL CLEANING  
NEW YORK, NEW YORK

| EST BY: | JCK | DATE: | 8/4/2014 |
|---|---|---|---|
| CKD BY: | DC | DATE: | 8/4/2014 |

| ITEM NO. | DESCRIPTION | QTY | UNIT | LABOR | | | | | MATERIAL | | EQUIPMENT | | SUBS | | TOTAL COST | | TOTAL BID COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT COST | MHRS | MHF | $/HR | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL |

Track & Ballast Replacement

| | TRACK & BALLAST REPLACEME | 28,740 | TF | $461.24 | 55,019.58 | 1.91 | $240.93 | $13,255,991 | $872.59 | $25,078,125 | $88.43 | $2,541,375 | $0.00 | $0.00 | $1,422.25 | $40,875,491.86 | $2,589.79 | $74,430,591.88 |

| | | |
|---|---|---|
| TOTAL ESTIMATED CONSTRUCTION COST | | $40,875,491.86 |
| GENERAL CONDITIONS | 15.00% | $6,131,323.78 |
| SUBTOTAL | | $47,006,815.64 |
| OVERHEAD & PROFIT | 20.00% | $9,401,363.13 |
| SUBTOTAL | | $56,408,178.77 |
| SUBGUARD | 1.5% | $846,122.68 |
| SUBTOTAL | | $57,254,301.45 |
| CONTINGENCY | 30% | $17,176,290.43 |
| TOTAL PROJECTED BID | | $74,430,591.88 |

| | | | | |
|---|---|---|---|---|
| | **28,740** | **TF** | $2,590 | |
| ERT #1 | 8,760 | TF | $2,590 | $ 22,686,569 |
| ERT #2 | 7,800 | TF | $2,590 | $ 20,200,369 |
| NRT- NORTH | 6,300 | TF | $2,590 | $ 16,315,683 |
| NRT - SOUTH | 5,880 | TF | $2,590 | $ 15,227,971 |
| | | | TOTAL COST | $ 74,430,592 |

PROJECT: AMTRAK TUNNEL CLEANING
NEW YORK, NEW YORK

EST BY: JCK   DATE: 8/4/2014

CKD BY: DC   DATE: 8/4/2014

| ITEM NO. | DESCRIPTION | QTY | UNIT | LABOR | | | | | MATERIAL | | EQUIPMENT | | SUBS | | TOTAL COST | | TOTAL BID COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT COST | MHRS | MHF | $/HR | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL |
| | BENCHWALL DEMOLITION | 18,616 | CY | $642.93 | 55,290.00 | 2.97 | $216.47 | $11,968,830 | $68.35 | $1,272,466 | $200.28 | $3,728,438 | $0.00 | $0.00 | $911.57 | $16,969,733.50 | $1,659.88 | $30,900,357.43 |
| | EXISTING CABLE REMOVAL | 60,532 | LF | $10.87 | 4,896.00 | 0.08 | $134.38 | $657,900 | -$5.87 | -$355,315 | $0.00 | $0 | $0.00 | $0.00 | $5.00 | $302,585.00 | $9.10 | $550,980.05 |
| | TEMPORARY CONDUIT | 60,532 | LF | $19.36 | 9,696.00 | 0.16 | $120.83 | $1,171,600 | $8.30 | $502,470 | $0.00 | $0 | $0.00 | $0.00 | $27.66 | $1,674,070.00 | $50.36 | $3,048,330.80 |
| | TEMPORARY CABLE | 60,532 | LF | $22.48 | 10,128.00 | 0.17 | $134.38 | $1,360,950 | $120.00 | $7,266,745 | $0.00 | $0 | $0.00 | $0.00 | $142.53 | $8,627,695.00 | $259.54 | $15,710,256.10 |
| | PERMANENT CONDUIT | 121,064 | LF | $12.94 | 12,960.00 | 0.11 | $120.83 | $1,566,000 | $8.04 | $972,780 | $0.00 | $0 | $0.00 | $0.00 | $20.97 | $2,538,780.00 | $38.19 | $4,622,889.89 |
| | DRILL & GROUT REBAR | 30,461 | LF | $43.33 | 12,320.00 | 0.40 | $107.14 | $1,320,000 | $3.53 | $107,383 | $0.00 | $0 | $0.00 | $0.00 | $46.86 | $1,427,382.88 | $85.33 | $2,599,135.77 |
| | REINFORCING STEEL | 2,792,400 | LB | $3.18 | 83,200.00 | 0.03 | $106.73 | $8,880,000 | $0.90 | $2,510,300 | $0.00 | $0 | $0.00 | $0.00 | $4.08 | $11,390,300.00 | $7.43 | $20,740,711.17 |
| | FORMWORK | 182,772 | SF | $18.05 | 27,360.00 | 0.15 | $120.56 | $3,298,400 | $1.35 | $246,463 | $0.00 | $0 | $0.00 | $0.00 | $19.40 | $3,544,863.20 | $35.32 | $6,454,876.85 |
| | CONCRETE | 18,616 | CY | $343.95 | 51,089.60 | 2.74 | $125.33 | $6,402,924 | $246.81 | $4,594,662 | $18.75 | $349,050 | $0.00 | $0.00 | $609.51 | $11,346,636.00 | $1,109.86 | $20,661,202.96 |

| | | |
|---|---|---|
| TOTAL ESTIMATED CONSTRUCTION COST | | $57,822,045.58 |
| GENERAL CONDITIONS | 15.00% | $8,673,306.84 |
| SUBTOTAL | | $66,495,352.42 |
| OVERHEAD & PROFIT | 20.00% | $13,299,070.48 |
| SUBTOTAL | | $79,794,422.90 |
| SUBGUARD | 1.5% | $1,196,916.34 |
| SUBTOTAL | | $80,991,339.25 |
| CONTINGENCY | 30% | $24,297,401.77 |
| TOTAL PROJECTED BID | | $105,288,741.02 |

Notes:
Benchwall is 33 SF per Track Foot
Demo = 15,231 TF * 33 SF/TF = 18,616 CY (Same for Concrete)
Reinforcing = 150 PCY = 18,616 * 150 = 2,792,400 #
Formwork = 30,462 LF * 6 FT Height = 182,772 SF

| | | | | |
|---|---|---|---|---|
| | 15,231 | TF | $6,913 | |
| ERT #1 | 4,470 | TF | $6,913 | $ 30,900,182 |
| ERT #2 | 4,361 | TF | $6,913 | $ 30,146,688 |
| NRT- NORTH | 3,600 | TF | $6,913 | $ 24,886,053 |
| NRT - SOUTH | 2,800 | TF | $6,913 | $ 19,355,819 |
| TOTAL COST | | | | $ 105,288,741 |

PROJECT: AMTRAK TUNNEL CLEANING     EST BY:   JCK     DATE:   8/4/2014
NEW YORK, NEW YORK     CKD BY:   DC     DATE:   8/4/2014

Track & Ballast Replacement

| ITEM NO. | DESCRIPTION | QTY | UNIT | LABOR | | | | | MATERIAL | | EQUIPMENT | | SUBS | | TOTAL COST | | TOTAL BID COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT COST | MHRS | MHF | $/HR | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL | UNIT COST | TOTAL |
| | TRACK & BALLAST REPLACEMEN | 28,740 | TF | $957.40 | 122,086.33 | 4.25 | $225.38 | $27,515,661 | $888.92 | $25,547,686 | $155.06 | $4,456,471 | $0.00 | $0.00 | $2,001.39 | $57,519,817.38 | $3,644.34 | $104,738,410.66 |

| | | | |
|---|---|---|---|
| **TOTAL ESTIMATED CONSTRUCTION COST** | | **$57,519,817.38** | |
| GENERAL CONDITIONS | 15.00% | **$8,627,972.61** | |
| **SUBTOTAL** | | **$66,147,789.98** | |
| OVERHEAD & PROFIT | 20.00% | $13,229,558.00 | |
| **SUBTOTAL** | | **$79,377,347.98** | |
| SUBGUARD | 1.5% | $1,190,660.22 | |
| **SUBTOTAL** | | **$80,568,008.20** | |
| CONTINGENCY | 30% | $24,170,402.46 | |
| **TOTAL PROJECTED BID** | | **$104,738,410.66** | |

| | | | | |
|---|---|---|---|---|
| | 28,740 | TF | $3,644 | |
| ERT #1 | 8,760 | TF | $3,644 | $ 31,924,442 |
| ERT #2 | 7,800 | TF | $3,644 | $ 28,425,873 |
| NRT- NORTH | 6,300 | TF | $3,644 | $ 22,959,359 |
| NRT - SOUTH | 5,880 | TF | $3,644 | $ 21,428,735 |
| TOTAL COST | | | | $ 104,738,411 |