# Exhibit 5

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   14 Civ 7510 (JSR)
 5   ------------------------------------x
     NATIONAL RAILROAD PASSENGER CORPORATION,
 6
              Plaintiff,
 7
 8
         - against -
 9
10
     ARCH SPECIALTY INSURANCE COMPANY,
11   ET AL.,
12            Defendants.
     ------------------------------------x
13              February 5, 2015
                9:34 a.m.
14
15
16      Videotaped Deposition of NASRI
17   MUNFAH, taken by Defendants, pursuant to
18   Notice, held at the offices of Ropes &
19   Gray LLP, 1211 Avenue of the Americas, New
20   York, New York, before Todd DeSimone, a
21   Registered Professional Reporter and
22   Notary Public of the State of New York.
23
24
25
```

Page 314

1         N. MUNFAH
2         Going back to answer your
3  question is the estimated cost that we
4  carry in the estimate is a percentage.
5  The actual cost will be based on the scope
6  of work, on the level of the design
7  completion, the components that are
8  included and are not included in the scope
9  of work, and negotiated with Amtrak.
10        And usually Amtrak contracts on
11 cost plus fixed fee.  So whatever the cost
12 Amtrak pays with a fixed fee, that is
13 negotiated.
14    Q.   And what is Amtrak's general
15 fixed fee?
16    A.   Generally it is -- again, it is
17 negotiated based on project -- from
18 project to project based on the complexity
19 of the project, based on the size of the
20 project, based on the risk, and it is
21 usually around 8 to 10 percent of the
22 cost, of the engineering cost.
23    Q.   So if that's correct, does that
24 mean that HNTB's bid for the 30 percent
25 design will be approximately $20 million?

Page 315

1         N. MUNFAH
2         MR. HEALY:  Objection to form.
3    A.   I would like to clarify that.
4         As I said before, there is no
5  bid, because we put proposal and it is a
6  best value procurement, and it is -- the
7  scope is developed in conjunction with the
8  owner, in this case it will be Amtrak, and
9  the fee is negotiated, and the fee is
10 based on cost, engineering cost, plus a
11 fixed fee as a percentage of the
12 engineering cost.
13    Q.   Has HNTB prepared this proposal
14 yet for this 30 percent design?
15        MR. HEALY:  Objection to form.
16    A.   HNTB did not prepare the
17 proposal yet.  It is in the preparation at
18 this stage.  The proposal is due March 3rd
19 or March -- first week of March, I
20 believe.
21    Q.   And now that I've finally
22 understood, is it correct that in terms of
23 what HNTB will be proposing is its
24 out-of-pocket engineering costs plus some
25 percentage fee on top of that?

Page 316

1         N. MUNFAH
2    A.   Correct, and the numbers that
3  you are mentioning are higher than what I
4  think the number will be when we do our
5  engineering estimate.
6    Q.   And what do you think the
7  number will be when you do your
8  engineering estimate?
9         MR. HEALY:  Objection to form.
10 Calls for speculation.
11    A.   I don't know yet.  We have not
12 done it.
13        We have to go over the scope,
14 identify each scope element, each
15 deliverable, each hours needed, and we
16 will work out the hours, and then based on
17 the hours, based on the rates of the
18 various individuals who are going to be
19 working on it, add to that the overhead,
20 the company's overhead, and then we add on
21 top of that the fixed fee and then we add
22 the expenses, direct costs associated with
23 that.
24        We add to that also the
25 subconsultants' cost, things such as

Page 317

1         N. MUNFAH
2  survey, such as, I don't know, other, if
3  there is any additional testing that need
4  to be done or things of that nature to
5  develop the design.
6    Q.   When you are all in for this 30
7  percent design, do you expect that HNTB's
8  proposal will be less than $10 million?
9         MR. HEALY:  Objection to form.
10 Asked and answered.  Calls for
11 speculation.
12    A.   I thought I answered that
13 question, but I don't know if you want me
14 to speculate what would the number be.
15    Q.   Are you one of the people
16 that's involved in preparing this
17 proposal?
18    A.   Yes.
19    Q.   Who else besides you is
20 involved in preparing the proposal?
21    A.   A variety of staff, from the
22 structural as well as mechanical,
23 electrical, transit, rail.
24        By the way, those numbers can
25 become available in --

80 (Pages 314 - 317)

| | |
|---|---|
| Page 318<br>1       N. MUNFAH<br> 2    Q.    A couple of weeks?<br> 3    A.    Yeah, a few weeks.<br> 4         MR. FINAZZO:  That's why I'm<br> 5  going to ask Mr. Healy right now to give<br> 6  it to us.<br> 7         I have no further questions for<br> 8  the witness.  I'm going to stay on the<br> 9  record -- do you have questions?  Does<br>10  anybody else have questions?<br>11         MR. CHURCH:  I just want to say<br>12  we don't have the SpaceTech data that<br>13  Mr. Munfah referenced concerning scans of<br>14  the tunnels outside of the inundation<br>15  area.<br>16         MR. FINAZZO:  So let's address<br>17  that, Mr. Healy, and I want to address a<br>18  couple of other things with you.<br>19         We still don't have from you an<br>20  identification by Bates numbers of the<br>21  documents that were received from HNTB to<br>22  Amtrak by subpoena.  I know you are<br>23  probably not the head of the team that's<br>24  making that decision.  We have Mr. Thomas<br>25  on Monday's deposition.  We are going to | Page 320<br>1       N. MUNFAH<br> 2  today as Munfah Exhibit -- or part of<br> 3  Munfah Exhibit 1.  We want all the<br> 4  documents that relate to those drafts.<br> 5         I know it is Amtrak's position<br> 6  that those drafts are protected under the<br> 7  Federal Rules.  I do not think that is<br> 8  correct.  And it surely is not the<br> 9  defendants' position.<br>10         This report was prepared prior<br>11  to the litigation.  It is dated the date<br>12  after Amtrak filed the lawsuit.  Amtrak<br>13  then published the report on the Internet.<br>14  The report is not a report prepared as an<br>15  expert's report under Rule 26 of the<br>16  Federal Rules.<br>17         The fact that Amtrak has<br>18  incorporated that into a Rule 26<br>19  disclosure because it didn't want to do<br>20  another report does not, in my opinion,<br>21  address the issue of whether the drafts of<br>22  that report are protected or not.<br>23         Three, we have Mr. Munfah's<br>24  testimony here today about this proposal<br>25  that is being made for the design of the |
| Page 319<br>1       N. MUNFAH<br> 2  ask your team to make some time on Tuesday<br> 3  if we could to call the Court about that.<br> 4         Secondly --<br> 5         MR. HEALY:  You have them all<br> 6  by custodian and you can sort them all by<br> 7  custodian.<br> 8         MR. FINAZZO:  Look, we have a<br> 9  subpoena, and I want to know for certain<br>10  what documents came from HNTB.  I think we<br>11  are entitled to that.  I have written you<br>12  letters.  I have written you e-mails.<br>13         MR. HEALY:  I'm not into<br>14  production.  You guys have asked for a<br>15  million things at every deposition.  We<br>16  have made production after production.<br>17         MR. FINAZZO:  I'm at the end of<br>18  my rope.<br>19         So by Tuesday what I would like<br>20  to happen is either identify the documents<br>21  you received from HNTB pursuant to the<br>22  subpoena by Bates number or we will talk<br>23  to the Judge about it.<br>24         Two, we want all of the drafts<br>25  of the HNTB report that has been marked | Page 321<br>1       N. MUNFAH<br> 2  remedial work or some percentage of the<br> 3  design of the remedial work, and we have<br> 4  costs for design in this insurance claim<br> 5  that either approximate or exceed $70<br> 6  million.  We ask that when that proposal<br> 7  is complete, that a copy of it be<br> 8  immediately provided to the defendants.<br> 9         We obviously can't deal with<br>10  that with the Judge on Tuesday, but I also<br>11  want to take up this issue of draft<br>12  reports of the HNTB report with the Judge<br>13  on Tuesday, unless Amtrak is going to<br>14  agree to produce them and tell us when it<br>15  is producible.<br>16         That said, I don't have<br>17  anything further today.<br>18         MR. HEALY:  You said a lot.<br>19  Safe to say, I don't agree with it.  But<br>20  we don't need to fight about it right now.<br>21         MR. FINAZZO:  Thank you.  We<br>22  are off the record.<br>23         (Continued on the following<br>24      page to allow for signature line<br>25      and jurat.) |