# Exhibit 6

Page 1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ────────────────────────────────────────────

4  NATIONAL RAILROAD PASSENGER CORPORATION,

5                          Plaintiff,

6            -against-

7  ARCH SPECIALTY INSURANCE COMPANY, ET AL.,

8                          Defendants.

9  14 Civ 7510 (JSR)

   ────────────────────────────────────────────

10

11                        March 19, 2015

                          9:46 a.m.

12

13

14

15          CONFIDENTIAL DEPOSITION of

16  RAYMOND SANDIFORD, taken by Defendants,

17  pursuant to Notice, held at the offices of

18  ROPES & GRAY LLP, 1211 Avenue of the

19  Americas, New York, New York before Wayne

20  Hock, a Notary Public of the State of New

21  York.

22

23

24

25

Page 210

R. Sandiford -- CONFIDENTIAL

1
2    A.   Uh-huh.
3    Q.   It's not signed and it's not
4 sealed.
5         Do you know why that is?
6    A.   I don't.
7    Q.   When -- as an engineer, if you
8 issue a report, do you normally sign it
9 and seal it?
10       MR. HEALY:  Objection to form.
11   A.   If design work is involved, if
12 design work is involved.
13   Q.   Does HNTB presently do any work
14 for Amtrak?
15   A.   They do, yes.
16   Q.   What work is HNTB presently
17 doing for Amtrak?
18   A.   Oh, boy, let's see.  They're
19 doing the high-speed adjustments on the
20 Northeast Corridor, the Baltimore and
21 Potomac -- project management consultant
22 for the Baltimore and Potomac replacement
23 tunnel.  There's a number of projects.  I
24 don't know them all.  But it's one of our
25 larger clients.

Page 211

R. Sandiford -- CONFIDENTIAL

1
2    Q.   And when you describe Amtrak as
3 one of HNTB's larger clients, can you just
4 give me an estimate of out of the total
5 work that HNTB does, can you just estimate
6 for me the percentage that is done for
7 Amtrak?
8        MR. HEALY:  Objection to form and
9    relevancy.
10   A.   It's in the percentages, that's
11 all.
12   Q.   Of the work that you do, the
13 projects you work on, what is the
14 percentage that Amtrak represents of the
15 total projects that you work on?
16       MR. HEALY:  Objection to form and
17   relevancy.
18   A.   Less than fifty percent.
19   Q.   Is it more than forty percent?
20   A.   I don't know.
21   Q.   Is it more than twenty-five
22 percent?
23   A.   It's more than twenty-five
24 percent, yes.
25   Q.   Did HNTB put together a proposal

Page 212

R. Sandiford -- CONFIDENTIAL

1
2 for Amtrak to provide engineering services
3 for the design of some or all of the work
4 that is the subject of HNTB's
5 September 18, 2014 report?
6        MR. HEALY:  Objection to form.
7    Mischaracterization.
8    A.   Four engineering company teams
9 or teams were selected to provide --
10 submit proposals.  We were one of them,
11 yes.
12   Q.   And has HNTB's proposal been
13 prepared and submitted to Amtrak?
14   A.   Yes.
15   Q.   And when was HNTB's proposal
16 submitted to Amtrak?
17   A.   I think Monday afternoon.
18   Q.   Monday of this week?
19   A.   Of this week.
20   Q.   Did you work on that proposal?
21   A.   Yes.
22   Q.   And what is the subject matter
23 of that proposal?
24       MR. HEALY:  Objection to form.
25   A.   Our qualifications to do the

Page 213

R. Sandiford -- CONFIDENTIAL

1
2 work.
3    Q.   Does it -- does the proposal
4 contain a proposed price for the work?
5    A.   Yes.
6    Q.   What I'm trying to tie here is
7 what is the work and what is the price?
8 So I don't care which one we start with.
9        What is the proposed price for
10 the work that is contained in this
11 proposal?
12       MR. HEALY:  Objection to form.
13   A.   I think that is, you know, they
14 haven't made a selection yet so all these
15 bids and prices are I would think
16 confidential until the time they open the
17 bids and make a selection.
18   Q.   Go ahead.
19   A.   I mean -- but you want a rough
20 number?
21   Q.   Well, I want a number that's
22 real.  I don't want it so rough that it
23 doesn't bear any relationship to reality.
24   A.   Okay.
25       It's under six million and it's

54 (Pages 210 - 213)

Page 214

1        R. Sandiford -- CONFIDENTIAL
2  more than five and a half million.
3     Q.   That's fair enough.
4        And now here's the other piece
5  that I need to understand to put this
6  together.
7        What services is HNTB proposing
8  to provide to Amtrak in return for that
9  amount of money, something between five
10 and a half million dollars and $6 million?
11       MR. HEALY: Objection to form.
12    A.   That involves for the four
13 tunnels portal to portal, complete design
14 drawings to sixty percent for all the
15 repairs that need to be done immediately
16 and as well as ten and thirty percent
17 designs for the replacement of the bench
18 walls and the track for all four tunnels.
19 And then there's a project management
20 component as well.
21    Q.   Okay.
22       And the four tunnels that we are
23 talking about, are those NRT north, NRT
24 south, ERT one, and ERT two?
25    A.   Yes.

Page 215

1        R. Sandiford -- CONFIDENTIAL
2     Q.   Does the proposal address at all
3  the performance of any services relating
4  to ERT three and four?
5     A.   None whatsoever.
6     Q.   When you describe the services
7  as being ten percent and thirty percent
8  designs for replacement of the bench walls
9  and the track for all four tunnels, what
10 does the ten percent and thirty percent
11 mean?  I don't have that clear in my head.
12    A.   Ten percent is what we call
13 conceptual design so you would come up
14 with typical sections through the tunnels
15 at the sort of unique locations and
16 develop that and then you submit that, you
17 meet with the client to make sure that
18 we're in agreement with all that, and then
19 you go to thirty percent.  Thirty percent
20 would be the design drawings really portal
21 to portal with the design taken to about
22 thirty percent of the detail.
23    Q.   And then if you were doing a
24 complete design, what's the next step?
25    A.   You would go sixty, ninety, and

Page 216

1        R. Sandiford -- CONFIDENTIAL
2  a hundred.
3     Q.   Did you say that the proposal
4  also includes a project management
5  component?
6     A.   Yeah, yeah, to manage the
7  project, yeah.
8     Q.   And to manage the project
9  through what state of completion?
10    A.   To the sixty percent for the
11 repair and the thirty percent through the
12 duct bank replacement and the track work.
13    Q.   When you just referred to the
14 duct bank replacement, are you referring
15 to the bench walls?
16    A.   The bench walls.
17    Q.   What does the repair proposal or
18 the repair design contemplate?  What work
19 does it contemplate?
20    A.   That's like sealing cracks and
21 leaks, taking delaminations down,
22 replacing those with concrete, patching,
23 that kind of stuff.  Oh, and the power
24 washing of the tunnels.
25       MR. FINAZZO: Okay.

Page 217

1        R. Sandiford -- CONFIDENTIAL
2        Mr. Sandiford, I don't have any
3  further questions of you.
4        Mr. Healy, I think we asked for
5  the proposal, a copy of the proposal
6  when it was submitted, when Mr. Munfah
7  testified about the proposal at his
8  deposition.
9        MR. HEALY: It's been produced.
10       MR. FINAZZO: It has been?  Is
11 that one of the things produced in the
12 last document dump?
13       MR. HEALY: Well, I don't know
14 which one it was but it's been in the
15 last few days but I don't know if it
16 was late last week or early this week.
17       MR. FINAZZO: We'll look for it.
18       The only thing else we need to
19 do partly on the record and we can do
20 the rest off is you and I need to
21 address the two issues, one Sandiford
22 Exhibit 2 that is the document that
23 you're taking a position is a
24 privileged document, and the second is
25 the redaction on whatever the other