# Exhibit 7

Page 264

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
NATIONAL RAILROAD PASSENGER CORPORATION,
                    Plaintiff,
          -against-
ARCH SPECIALTY INSURANCE COMPANY, ET AL.,
                    Defendants.
14 Civ 7510 (JSR)
_____

                         March 20, 2015
                         10:16 a.m.



          CONTINUED DEPOSITION of PAUL L.
KELLEY, taken by Plaintiff, pursuant to
Notice, held at the offices of ANDERSON
KILL, P.C., 1251 Avenue of the Americas,
New York, New York before Wayne Hock, a
Notary Public of the State of New York.

Page 361

P. L. Kelley -- CONFIDENTIAL

MR. FINAZZO: Objection.

What does this have to do with anything, Mr. Powell? What does it have to do with anything in this case, anything?

MR. POWELL: He's your expert. It's relevant.

MR. FINAZZO: How so? How so?

MR. POWELL: It's relevant to his involvement as a professional engineer.

MR. FINAZZO: So when Amtrak derails trains, that's relevant?

Go ahead. I'm just -- I'm aghast at this.

Q. May I have an answer?

A. They got pretty banged up. I think everybody recovered. It was a good thing nobody got seriously maimed.

Q. In the litigation, did you provide sworn testimony either at trial or in deposition?

A. I was deposed.

Q. In the personal injury

Page 362

P. L. Kelley -- CONFIDENTIAL

litigation?

MR. FINAZZO: Objection.

Q. As opposed to the OSHA litigation.

A. It's a long time ago, we're talking about -- it must be 1980s. I testified at at least one OSHA informal hearing and at least one OSHA administrative hearing and I don't think I was deposed in the OSHA issue. And I believe I was deposed in the personal injury matter, but it didn't go to trial.

MR. POWELL: No further questions.

MR. FINAZZO: Just before we go off the record, two matters, Mr. Powell.

I just want to make clear on the record that we're demanding production of any photographs that are in the possession of Amtrak that have not been produced yet.

And also, Mr. Healy represented to us yesterday that the HNTB proposal

Page 363

P. L. Kelley -- CONFIDENTIAL

submitted to Amtrak on Monday in response to the Amtrak RFP that was issued in January but not provided to us until sometime this month had been produced. We cannot find that in the production. That means that either Mr. Healy was mistaken or we can't find it, but my expectation is he simply was mistaken.

But simply because you're the only person here right now, we're demanding that that be produced today or, if it has been produced, it's a relatively simple chore to tell us what Bates numbers.

I would ask that you report that back to Ms. Orin and that it be dealt with.

MR. CHURCH: And I'd like to join that request for the support schedules used to support the basis of HNTB's cost estimates in appendix B which I don't believe we have ever seen. And if you have produced those support

Page 364

P. L. Kelley -- CONFIDENTIAL

schedules, tell us the Bates number. If you haven't, give us appendix B in native format and the support schedules in native format.

MR. POWELL: So my objection is that, for purposes of our running time, my question, our time ceases to run at the end of my questioning. I'd be happy to talk to you about this off record, on record. I'm not the guy. But if you give me something, an e-mail, something in writing, because I won't have the transcript, I will pass it on as Mr. Finazzo requests.

MR. FINAZZO: That's fair enough.

MR. SURIANO: Those requests are made on behalf of all defendants, not just --

MR. POWELL: I understand. I will pass those requests on.

(CONTINUED ON NEXT PAGE)