# Exhibit 8

| | |
|---|---|
| **From:** | Christopher Finazzo <christopher.finazzo@finazzolaw.com> |
| **Sent:** | Monday, March 30, 2015 9:25 AM |
| **To:** | Healy, Dan |
| **Cc:** | Bruce Kaliner; Jason Mencher |
| **Subject:** | Amtrak |

Dan,

Among the things we need to talk about tomorrow, in addition to the other HNTB document issues, is HNTB's response to Amtrak's January 2015 RFP for design service. Although Sandiford testified this was submitted to Amtrak in early March, and you advised it was in one of the later productions when we were last together for Sandiford's deposition, we have not been able to locate it in the productions. Please send us the Bates numbers where it appears.

Thanks and talk to you tomorrow on the other HNTB issues.

Chris

**Christopher Finazzo, Esq.**
Finazzo Cossolini O'Leary
Meola & Hager, LLC
36 Cattano Avenue, Suite 500
Morristown, NJ 07960
Main: (973) 343-4960
Fax: (973) 343-4970
Direct: (973) 343-4961
Cell: (201) 650-6594
Christopher.Finazzo@finazzolaw.com