UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER            :
CORPORATION,                           :
                                       :
                      Plaintiff,     :
                                       :
              v.                       :
                                       :
ARCH SPECIALTY INSURANCE COMPANY;      :   14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY;     :
COMMONWEALTH INSURANCE COMPANY;        :
FEDERAL INSURANCE COMPANY; LEXINGTON   :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN             :
UNDERWRITERS AT LLOYD'S OF LONDON and  :
CERTAIN LONDON MARKET COMPANIES        :
Subscribing to Policy Nos. 507/N11NA08240, :
507/N11NA08241, 507/N11NA08242,        :
507/N11NA08244, 507/N11NA08244,        :
507/N11NA08245 and GEP 2944; MAIDEN    :
SPECIALTY INSURANCE COMPANY; MAXUM     :
INDEMNITY COMPANY; NAVIGATORS          :
INSURANCE COMPANY; PARTNER             :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; SCOR GLOBAL P&C SE; STEADFAST :
INSURANCE COMPANY; TORUS SPECIALTY     :
INSURANCE COMPANY; and WESTPORT        :
INSURANCE CORPORATION,                 :
                                       :
                      Defendants.    :
                                       :
------------------------------------------------------------------------x

## NOTICE OF ENTRY OF APPEARANCE

      PLEASE TAKE NOTICE that Elizabeth Bierut of Ropes & Gray LLP hereby enters her appearance as counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944,

507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above-captioned action.  I

certify that I am admitted to practice in this Court.

Dated:   New York, New York
            May 12, 2015

                                s\  Elizabeth Bierut
                                 Elizabeth Bierut
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
T: +1 (212) 596-9003
F: +1 (646) 728-1822
Elizabeth.Bierut@ropesgray.com