UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER,
CORPORATION,

      Plaintiff,

v.

ARCH SPECIALTY INSURANCE COMPANY;
ASPEN SPECIALTY INSURANCE COMPANY;
COMMONWEALTH INSURANCE COMPANY;
FEDERAL INSURANCE COMPANY; LEXINGTON
INSURANCE COMPANY; LIBERTY MUTUAL FIRE
INSURANCE COMPANY; CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON and
CERTAIN LONDON MARKET COMPANIES
Subscribing to Policy Nos. 507/N11NA08240,
507/N11NA08241, 507/N11NA08242,
507/N11NA08244, 507/N11NA08244,
507/N11NA08245 and GEP 2944; MAIDEN
SPECIALTY INSURANCE COMPANY; MAXUM
INDEMNITY COMPANY; NAVIGATORS
INSURANCE COMPANY; PARTNER
REINSURANCE EUROPE plc; RSUI INDEMNITY
COMPANY; STEADFAST INSURANCE COMPANY;
TORUS SPECIALTY INSURANCE COMPANY; and
WESTPORT INSURANCE CORPORATION,

      Defendants.
------------------------------------------------------------x

14 Civ. 7510 (JSR)



### NOTICE OF WITHDRAWAL OF EVAN P. LESTELLE

PLEASE TAKE NOTICE that Evan P. Lestelle, the undersigned attorney, is withdrawing his appearance as counsel in this matter for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507N11NA08242, 507/N11NA08244 and 507/N11NA08244 (together, the "Certain Excess Insurers") because he is leaving the law firm of Ropes & Gray LLP. Catherine A.

50281264_1

Mondell, Matthew M. Burke, Joseph G. Cleemann, and Elizabeth K. Bierut, each members of Ropes & Gray LLP, will continue to represent the Certain Excess Insurers in this matter.

Dated: May 14, 2015
New York, New York

                                        Respectfully submitted,

                                        /s/ Evan P. Lestelle
                                        Evan P. Lestelle
                                        ROPES & GRAY LLP
                                        1211 Avenue of the Americas
                                        New York, NY 10036-8704
                                        Tel: (212) 596-9154
                                        Fax: (646) 728-2716
                                        evan.lestelle@ropesgray.com

SO ORDERED

/s/ JSDJ
5-15-15

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 14, 2015
New York, New York

Evan P. Lestelle