UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER )
CORPORATION, )   Civil Action No. 14-cv-7510 (JSR)
    Plaintiffs, )
)
v. )   **ORDER FOR ADMISSION**
)   **PRO HAC VICE**
ACE BERMUDA INSURANCE, LTD.: )
ARCH SPECIALTY INSURANCE )
COMPANY; ASPEN SPECIALTY )
INSURANCE COMPANY; )
COMMONWEALTH INSURANCE )
COMPANY; FEDERAL INSURANCE )
COMPANY; LEXINGTON INSURANCE )
COMPANY; LIBERTY MUTUAL FIRE )
INSURANCE COMPANY; CERTAIN )
UNDERWRITERS AT LLOYD'S OF )
LONDON and CERTAIN LONDON )
MARKET INSURANCE COMPANIES )
subscribing to Policy Nos. 507/N11NA08240, )
507/N11NA08241, 507/N11NA08242, )
507/N11NA08244, 507/N11NA08244, )
507/N11NA08245 and GEP 2944; MAIDEN )
SPECIALTY INSURANCE COMPANY; )
MAXUM INDEMNITY COMPANY; )
NAVIGATORS INSURANCE COMPANY; )
PARTNER REINSURANCE EUROPE plc; )
RSUI INDEMNITY COMPANY; SCOR )
GLOBAL P&C SE; STEADFAST )
INSURANCE COMPANY; TORUS )
SPECIALTY INSURANCE COMPANY; )
and WESTPORT INSURANCE )
CORPORATION, )
    Defendants. )



The motion of Joshua E. Goldstein, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member of good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

Joshua E. Goldstein
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7234
Fax: (617) 235-235-0584
joshua.goldstein@ropesgray.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/2/15

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiffs,<br><br>v.<br><br>ACE BERMUDA INSURANCE, LTD.: ARCH SPECIALTY INSURANCE COMPANY ; ASPEN SPECIALTY INSURANCE COMPANY; COMMONWEALTH INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944; MAIDEN SPECIALTY INSURANCE COMPANY; MAXUM INDEMNITY COMPANY; NAVIGATORS INSURANCE COMPANY; PARTNER REINSURANCE EUROPE plc; RSUI INDEMNITY COMPANY; SCOR GLOBAL P&C SE; STEADFAST INSURANCE COMPANY; TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION,<br>Defendants. | Civil Action No. 14-cv-7510 (JSR)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joshua E. Goldstein, hereby moves this court for an Order for admission to practice Pro Hac Vice to appear as Counsel for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing

to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244 and 507/N11NA08244 in the above-captioned action.

I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 9, 2015

                                        Respectfully submitted,

                                        */s/Joshua E. Goldstein*

                                        ROPES & GRAY LLP
                                        800 Boylston St.
                                        Prudential Tower
                                        Boston, MA 02199
                                        (617) 951-7234
                                        (617) 235-9456 fax

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **second** day of **December** A.D. **2013**, said Court being the highest Court of Record in said Commonwealth:

## Joshua E. Goldstein

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **June** in the year of our Lord **two thousand and fifteen.**

*MAURA S. DOYLE,* Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116