UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                              Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY;<br>ASPEN SPECIALTY INSURANCE COMPANY;<br>COMMONWEALTH INSURANCE COMPANY;<br>FEDERAL INSURANCE COMPANY;<br>LEXINGTON INSURANCE COMPANY;<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY;<br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944;<br>MAIDEN SPECIALTY INSURANCE COMPANY;<br>MAXUM INDEMNITY COMPANY;<br>NAVIGATORS INSURANCE COMPANY;<br>PARTNER REINSURANCE EUROPE plc;<br>RSUI INDEMNITY COMPANY;<br>SCOR GLOBAL P&C SE;<br>STEADFAST INSURANCE COMPANY;<br>TORUS SPECIALTY INSURANCE COMPANY; and<br>WESTPORT INSURANCE CORPORATION,<br><br>                              Defendants. | Civ. Action No.:14-cv-7510 (JSR) |

---

**NOTICE OF MOTION FOR RECONSIDERATION OF ORDER
GRANTING MOTION FOR SUMMARY JUDGMENT-APPLICATION
OF FLOOD AND OCCURRENCE PROVISIONS**

---

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 6.3 and Rule 60(b) of the Federal Rules of Civil Procedure, and in accordance with Rule 2 of the Individual Rules of Practice of Hon. Jed S. Rakoff and this Court's June 25, 2015 Instruction,

dcdocs-90308.1

Plaintiff National Railroad Passenger Corporation moves this Court for relief from that portion of the Court's order dated June 24, 2015 [ECF No. 255] that dismissed certain excess insurance companies[1] from the case.

PLEASE TAKE FURTHER NOTICE that, pursuant to the June 25 conference with the Court, Defendants' answering papers are to be filed on or before June 30, 2015.

Dated:  June 25, 2015

By:   /s/
Rhonda D. Orin, Esq. (RO-0359)
rorin@andersonkill.com
Daniel J. Healy, Esq. (DH-7396)
dhealy@andersonkill.com
Marshall Gilinsky, Esq. (MG-8398)
mgilinsky@andersonkill.com
**ANDERSON KILL, L.L.P.**
1717 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  202-416-6500

Finley T. Harckham, Esq. (FH-8219)
fharckham@andersonkill.com
Peter A. Halprin, Esq. (PH-2514)
phalprin@andersonkill.com
**ANDERSON KILL, P.C.**
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Plaintiff*

---

[1] Those defendant insurance companies are:  Aspen Specialty Insurance Company as respects Policy No. PX5705611; Commonwealth Insurance Company; Lexington Insurance Company as respects Policy No. 0841442820; Certain Underwriters at Lloyd's and London Market Companies subscribing to Policy Nos. 507/N11NA08242, 507/NlINA08244, 507/N11NA08244, 507/NlINA08245, and GEP 2944; and Maiden Specialty Insurance Company, Partner Reinsurance Europe plc, Steadfast Insurance Company, Torus Specialty Insurance Company, and Westport Insurance Corporation.