UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER          :
CORPORATION,                         :
                                     :
                        Plaintiff,   :
                                     :
        v.                           :
                                     :
ARCH SPECIALTY INSURANCE COMPANY;    :   14 Civ. 7510 (JSR)
ASPEN SPECIALTY INSURANCE COMPANY;   :
COMMONWEALTH INSURANCE COMPANY;      :
FEDERAL INSURANCE COMPANY; LEXINGTON :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE :
INSURANCE COMPANY; CERTAIN           :
UNDERWRITERS AT LLOYD'S OF LONDON and :
CERTAIN LONDON MARKET COMPANIES      :
Subscribing to Policy Nos. 507/N11NA08240, :
507/N11NA08241, 507/N11NA08242,      :
507/N11NA08244, 507/N11NA08244,      :
507/N11NA08245 and GEP 2944; MAIDEN  :
SPECIALTY INSURANCE COMPANY; MAXUM   :
INDEMNITY COMPANY; NAVIGATORS        :
INSURANCE COMPANY; PARTNER           :
REINSURANCE EUROPE plc; RSUI INDEMNITY :
COMPANY; STEADFAST INSURANCE COMPANY; :
TORUS SPECIALTY INSURANCE COMPANY; and :
WESTPORT INSURANCE CORPORATION,      :
                                     :
                        Defendants.  :
                                     :
                                     :
------------------------------------------------------------------x

## NOTICE OF MOTION
(Re: Motion *in Limine* No. 3)

PLEASE TAKE NOTICE that, pursuant to Rule 9 of the Individual Rules of Practice of Hon. Jed S. Rakoff and Local Civil Rule 6.1(b), defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Commonwealth Insurance Company, Federal Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Certain Underwriters at Lloyd's of London, and Certain London Market Companies Subscribing to

Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944, Maiden Specialty Insurance Company, Maxum Indemnity Company, Navigators Insurance Company, Partner Reinsurance Europe plc, RSUI Indemnity Company, Steadfast Insurance Company, Torus Specialty Company, and Westport Insurance Corporation (collectively, "Insurers") will move this Court for an order granting their motion *in limine* to exclude certain evidence – namely, the Non-Relevant/Inflammatory References to Issues Unrelated to Amtrak's Claims Under the Policies – pursuant to Federal Rules of Evidence 401, 402, and 403.

Pursuant to Local Civil Rule 6.1(b) Plaintiff's response, if any, must be served and filed no later than July 7, 2015.

Dated: New York, New York
       June 30, 2015

MOUND COTTON WOLLAN & GREENGRASS, LLP

By:   /s/ Costantino P. Suriano
Costantino P. Suriano
(csuriano@moundcotton.com)
Bruce R. Kaliner
(bkaliner@moundcotton.com)
One New York Plaza
New York, New York 10004
Telephone: (212) 804-4200

*Attorneys for Defendants Commonwealth Insurance Company, Lexington Insurance Company, Maiden Specialty Insurance Company, Steadfast Insurance Company, and International Insurance Company of Hannover SE.*

ROPES & GRAY LLP
By:   /s/ Catherine A. Mondell
Catherine A. Mondell
(catherine.mondell@ropesgray.com)
800 Boylston Street

Boston, MA 02199
Telephone: (617) 951-7000

Joseph G. Cleemann
(joseph.cleemann@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

*Attorneys for Defendants Partner Reinsurance Europe plc, Torus Specialty Insurance Company, Westport Insurance Corporation, and Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. GEP 2944, 507/N11NA08242, 507/N11NA08244, and 507/N11NA08244.*

All other signatories listed, and on whose behalf this filing is submitted, consent to its filing.


BRUCKMANN & VICTORY, LLP

By:  /s/ Arjang Victory
Arjang Victory (victory@bvlaw.net)
Timothy G. Church (church@bvlaw.net)
420 Lexington Avenue, Suite 1621
New York, NY 10170
Tel: (212) 850-8500

*Attorneys for Defendants Arch Specialty Insurance Company, Aspen Specialty Insurance Company, Federal Insurance Company, Certain Underwriters at Lloyd's of London and Certain London Market Insurance Companies subscribing to Policy Nos. 507/Nl1NA08240 and 507/N11NA08241, Maxum Indemnity Company, Navigators Insurance Company, and RSUI Indemnity Company.*


FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC

By:  /s/ Christopher S. Finazzo
Christopher S. Finazzo
(christopher.finazzo@finazzolaw.com)

3

5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel: (646) 378-2033

*Attorney for Defendant Liberty Mutual Fire Insurance Company*

602640.1

4