UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                        Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY;<br>ASPEN SPECIALTY INSURANCE COMPANY;<br>COMMONWEALTH INSURANCE COMPANY;<br>FEDERAL INSURANCE COMPANY;<br>LEXINGTON INSURANCE COMPANY;<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY;<br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and CERTAIN LONDON MARKET INSURANCE COMPANIES subscribing to Policy Nos. 507/N11NA08240, 507/N11NA08241, 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245 and GEP 2944;<br>MAIDEN SPECIALTY INSURANCE COMPANY;<br>MAXUM INDEMNITY COMPANY;<br>NAVIGATORS INSURANCE COMPANY;<br>PARTNER REINSURANCE EUROPE plc;<br>RSUI INDEMNITY COMPANY;<br>SCOR GLOBAL P&C SE;<br>STEADFAST INSURANCE COMPANY;<br>TORUS SPECIALTY INSURANCE COMPANY; and WESTPORT INSURANCE CORPORATION,<br><br>                        Defendants. | Civ. Action No.:14-cv-7510 (JSR) |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE THE
EXPERT TESTIMONY AND REPORT OF DAVID JACOBY**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 6.1(b) and in accordance with Rule 9 of the Individual Rules of Practice of Hon. Jed S. Rakoff,

nydocs1-1051641.1

Plaintiff National Railroad Passenger Corporation moves this Court for an order granting its Motion to Exclude the Expert Testimony and Report of David Jacoby.

PLEASE TAKE FURTHER NOTICE that, Defendants' response, if any, must be served and filed no later than July 7, 2015.

Dated:   June 30, 2015

> By:   /s/
> Rhonda D. Orin, Esq. (RO-0359)
> rorin@andersonkill.com
> Daniel J. Healy, Esq. (DH-7396)
> dhealy@andersonkill.com
> Marshall Gilinsky, Esq. (MG-8398)
> mgilinsky@andersonkill.com
> **ANDERSON KILL, L.L.P.**
> 1717 Pennsylvania Avenue, N.W.
> Washington, DC  20006
> Telephone:  202-416-6500
>
> Finley T. Harckham, Esq. (FH-8219)
> fharckham@andersonkill.com
> Peter A. Halprin, Esq. (PH-2514)
> phalprin@andersonkill.com
> **ANDERSON KILL, P.C.**
> 1251 Avenue of the Americas
> New York, NY  10020
> Telephone:  212-278-1000
>
> *Attorneys for Plaintiff*