UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
NATIONAL RAILROAD PASSENGER                    :
CORPORATION,                                    :
                                                :
                              Plaintiff,        :
        v.                                      :
                                                :
ARCH SPECIALTY INSURANCE COMPANY;              :
ASPEN SPECIALTY INSURANCE COMPANY;             :    14 Civ. 7510 (JSR)
COMMONWEALTH INSURANCE COMPANY;                :
FEDERAL INSURANCE COMPANY; LEXINGTON           :
INSURANCE COMPANY; LIBERTY MUTUAL FIRE         :
INSURANCE COMPANY; CERTAIN                     :
UNDERWRITERS AT LLOYD'S OF LONDON and          :
CERTAIN LONDON MARKET COMPANIES                :
Subscribing to Policy Nos. 507/N11NA08240,     :
507/N11NA08241, 507/N11NA08242,                :
507/N11NA08244, 507/N11NA08244,                :
507/N11NA08245 and GEP 2944; MAIDEN            :
SPECIALTY INSURANCE COMPANY; MAXUM             :
INDEMNITY COMPANY; NAVIGATORS                  :
INSURANCE COMPANY; PARTNER                     :
REINSURANCE EUROPE plc; RSUI INDEMNITY         :
COMPANY; STEADFAST INSURANCE COMPANY;          :
TORUS SPECIALTY INSURANCE COMPANY; and         :
WESTPORT INSURANCE CORPORATION,                :
                                                :
                              Defendants.       :
                                                :
                                                :
------------------------------------------------------------------------x

**DECLARATION OF COSTANTINO P. SURIANO IN SUPPORT OF INSURERS'
MOTION *IN LIMINE* [NO. 3] TO PRECLUDE NON-RELEVANT/INFLAMMATORY
REFERENCES TO ISSUES UNRELATED TO AMTRAK'S CLAIMS UNDER THE
POLICIES**

  COSTANTINO P. SURIANO, an attorney admitted to practice in the Southern District of New York, declares the following under penalty of perjury:

  1. I am a member of the law firm Mound Cotton Wollan & Greengrass LLP, counsel for Defendants Commonwealth Insurance Company, Lexington Insurance Company,

1

Maiden Specialty Insurance Company, Steadfast Insurance Company, and International Insurance Company of Hannover SE, several of the Defendants in this action (collectively, along with the other Defendants, "Insurers").

2. I am familiar with the proceedings in this matter and submit this declaration in support of Insurers' Motion *in Limine* No. 3 to Preclude Non-Relevant/Inflammatory References to Issues Unrelated to Amtrak's Claims Under the Policies.

3. Attached as Exhibit A is a true and correct copy of an excerpt of the transcript from the February 3, 2015 hearing before the Court.

Dated: New York, New York
      June 30, 2015

_____
Costantino P. Suriano

# Exhibit A

```
                                                                     1
     F23LAMTA                    Argument


 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     NATIONAL RAILROAD PASSENGER
 3   CORPORATION,

 4                  Plaintiff,

 5            v.                            14 CV 7510 (JSR)

 6   ARCH SPECIALTY INSURANCE, et
     al.,
 7
                    Defendants.
 8   ------------------------------x
                                            New York, N.Y.
 9                                          February 3, 2015
                                            2:32 p.m.
10
     Before:
11
                       HON. JED S. RAKOFF,
12
                                            District Judge
13
                          APPEARANCES
14
     ANDERSON KILL LLP
15        Attorneys for Plaintiff
     BY:  RHONDA D. ORIN
16        DANIEL HEALY
          MARSHALL GILINSKY
17        PETER HALPRIN

18   ROPES & GRAY LLP
          Attorneys for Defendants Partner Re, et al.
19   BY:  CATHERINE A. MONDELL

20   MOUND COTTON WOLLAN & GREENGRASS
          Attorneys for Defendants Lexington, et al.
21   BY:  COSTANTINO P. SURIANO

22   FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC
          Attorneys for Defendant Liberty Mutual
23   BY:  CHRISTOPHER FINAZZO

24   BRUCKMANN & VICTORY LLP
          Attorneys for Defendants Arch, et al.
25   BY:  ARJANG VICTORY
          TIMOTHY CHURCH

                    SOUTHERN DISTRICT REPORTERS, P.C.
```

F23LAMTA                Argument

12

1   government and a lot of the disadvantages of government.  It is
2   responsible, for example, under FOIA as having government
3   disclosure obligations.  It doesn't have rights to funds that
4   are available to government entity railroads through FEMA, for
5   example.  FEMA has a government way of providing financing.
6   That's not available to Amtrak because it's a private
7   for-profit corporation.
8            Amtrak has extraordinary safety issues in its daily
9   operations.  It has the public trust in its responsibility.
10  And it has extremely important national security issues,
11  Department of Homeland Security issues.  These tunnels have
12  always been of concern dating back to World War II when there
13  was concern about damage to the tunnels back then.
14           THE COURT:  While all that you say is interesting, it
15  is, I think, to be frank, irrelevant.  So I think on this
16  motion the question is, is your interpretation of the various
17  definitions of flood the only reasonable interpretation as a
18  matter of law.  Yes?
19           MS. ORIN:  Yes.
20           THE COURT:  Okay.  So let's talk about that.
21           MS. ORIN:  In that context, your Honor, the reason our
22  interpretation is the only reasonable interpretation is the
23  context of these policies, this insurance program, and what was
24  going on in the insurance industry at the time these policies
25  were purchased.