UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

NATIONAL RAILROAD PASSENGER CORPORATION,          :

    Plaintiff,                                    :

       -v-                                    :

ARCH SPECIALTY INSURANCE COMPANY;                 :
ASPEN SPECIALTY INSURANCE COMPANY;                :
COMMONWEALTH INSURANCE COMPANY;                   :   14-cv-7510 (JSR)
FEDERAL INSURANCE COMPANY;                        :
LEXINGTON INSURANCE COMPANY;                      :   ORDER
LIBERTY MUTUAL FIRE INSURANCE COMPANY;            :
CERTAIN UNDERWRITERS AT LLOYD'S OF                :
LONDON and CERTAIN LONDON MARKET                  :
COMPANIES Subscribing to Policy Nos.              :
507/N11NA08240, 507/N11NA08241,                   :
507/N11NA08242, 507/N11NA08244,                   :
507/N11NA08244, 507/N11NA08245 and GEP 2944;      :
MAIDEN SPECIALTY INSURANCE COMPANY;               :
MAXUM INDEMNITY COMPANY;                          :
NAVIGATORS INSURANCE COMPANY;                     :
PARTNER REINSURANCE EUROPE plc;                   :
RSUI INDEMNITY COMPANY;                           :
STEADFAST INSURANCE COMPANY;                      :
TORUS SPECIALTY INSURANCE COMPANY;                :
and WESTPORT INSURANCE CORPORATION,               :

    Defendants.                                   :
-----------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/15

JED S. RAKOFF, U.S.D.J.

    Pending before the Court is the motion of plaintiff National

Railroad Passenger Corporation ("Amtrak") for reconsideration of the

Court's June 24, 2015 Order dismissing from this action certain

defendant-insurers that provided excess insurance coverage to

Amtrak. Upon consideration, the Court hereby denies Amtrak's motion.

The reasons for this ruling will be included in the forthcoming

Memorandum explaining the Court's June 24, 2015 Order.

SO ORDERED.

Dated:    New York, NY
          June 30, 2015

JED S. RAKOFF, U.S.D.J.