UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                         Plaintiff,<br><br>          vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY;<br>ASPEN SPECIALTY INSURANCE COMPANY;<br>COMMONWEALTH INSURANCE COMPANY;<br>FEDERAL INSURANCE COMPANY;<br>LEXINGTON INSURANCE COMPANY;<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY;<br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON<br>and CERTAIN LONDON MARKET INSURANCE<br>COMPANIES subscribing to Policy Nos.<br>507/N11NA08240, 507/N11NA08241, 507/N11NA08242,<br>507/N11NA08244, 507/N11NA08244, 507/N11NA08245<br>and GEP 2944;<br>MAIDEN SPECIALTY INSURANCE COMPANY;<br>MAXUM INDEMNITY COMPANY;<br>NAVIGATORS INSURANCE COMPANY;<br>PARTNER REINSURANCE EUROPE plc;<br>RSUI INDEMNITY COMPANY;<br>SCOR GLOBAL P&C SE;<br>STEADFAST INSURANCE COMPANY;<br>TORUS SPECIALTY INSURANCE COMPANY; and<br>WESTPORT INSURANCE CORPORATION,<br><br>                         Defendants. | Civ. Action No.:14-cv-7510 (JSR) |

---

## NOTICE OF APPEAL

---

Notice is hereby given that National Railroad Passenger Corporation, plaintiff in

the above-named case, appeals to the United States Court of Appeals for the Second

Circuit from the Final Order and Judgment of the United States District Court for the

Southern District of New York dated July 2, 2015 (ECF No. 332) that dismissed certain

dcdocs-90379.1

excess insurance company defendants as to certain excess policies[1] as set forth therein, and from all prior orders entered in this case, including without limitation the District Court's Order dated February 13, 2015 (ECF No. 158), its Order dated June 24, 2015 (ECF No. 255) and its Order dated June 30, 2015 (ECF No. 331).

Dated:   July 23, 2015

By:   /s/ _____
Rhonda D. Orin, Esq. (RO-0359)
rorin@andersonkill.com
Daniel J. Healy, Esq. (DH-7396)
dhealy@andersonkill.com
Marshall Gilinsky, Esq. (MG-8398)
mgilinsky@andersonkill.com
**ANDERSON KILL, L.L.P.**
1717 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  202-416-6500

Finley T. Harckham, Esq. (FH-8219)
fharckham@andersonkill.com
Peter A. Halprin, Esq. (PH-2514)
phalprin@andersonkill.com
**ANDERSON KILL, P.C.**
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

*Attorneys for Plaintiff*

---

[1]   The Final Order and Judgment dismissed:  Aspen Specialty Insurance Company as respects Policy No. PX5705611; Commonwealth Insurance Company; Lexington Insurance Company as respects Policy No. 084144282; Certain Underwriters at Lloyd's and London Market Companies as subscribing to Policy Nos. 507/N11NA08242, 507/N11NA08244, 507/N11NA08244, 507/N11NA08245, and GEP 2944; Maiden Specialty Insurance Company; Partner Reinsurance Europe plc; RSUI Indemnity as respects Policy No. NHT374083; Steadfast Insurance Company, Torus Specialty Insurance Company, and Westport Insurance Corporation.

2