AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14-cv-7510 (JSR) |
| ARCH SPECIALTY INSURANCE COMPANY, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, National Railroad Passenger Corporation.

Date:   04/28/2018

/s/ Vivian C. Michael
*Attorney's signature*

Vivian C. Michael (VC3080)
*Printed name and bar number*
Anderson Kill P.C.
1251 Avenue of the Americas, 42nd Fl.
New York, NY 10020

*Address*

vmichael@andersonkill.com
*E-mail address*

(212) 278-1190
*Telephone number*

(212) 278-1733
*FAX number*