```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NATIONAL RAILROAD PASSENGER CORPORATION,   :
                                           :
        Plaintiff,                         :
                                           :
        -v-                                :
                                           :
ARCH SPECIALTY INSURANCE COMPANY;          :
ASPEN SPECIALTY INSURANCE COMPANY;         :
COMMONWEALTH INSURANCE COMPANY;            :   14-cv-7510 (JSR)
FEDERAL INSURANCE COMPANY;                 :
LEXINGTON INSURANCE COMPANY;               :   ORDER
LIBERTY MUTUAL FIRE INSURANCE COMPANY;     :
CERTAIN UNDERWRITERS AT LLOYD'S OF         :
LONDON and CERTAIN LONDON MARKET           :
COMPANIES Subscribing to Policy Nos.       :
507/N11NA08240, 507/N11NA08241,            :
507/N11NA08242,507/N11NA08244,             :
507/N11NA08244,507/N11NA08245 and GEP 2944;:
MAIDEN SPECIALTY INSURANCE COMPANY;        :
MAXUM INDEMNITY COMPANY;                   :
NAVIGATORS INSURANCE COMPANY;              :
PARTNER REINSURANCE EUROPE plc;            :
RSUI INDEMNITY COMPANY;                    :
STEADFAST INSURANCE COMPANY;               :
TORUS SPECIALTY INSURANCE COMPANY;         :
and WESTPORT INSURANCE CORPORATION,        :
                                           :
        Defendants.                        :
------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

As jointly requested by the parties, an in-court status conference is scheduled in this matter for June 22, 2018 at 11:00 AM. The Clerk of Court is instructed to reopen this case.

SO ORDERED.

Dated:   New York, NY
         May _1_, 2018

                                          _____
                                          JED S. RAKOFF, U.S.D.J.

1