AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| National Railroad Passenger Corporation )<br>*Plaintiff* )<br>v. )<br>Arch Specialty Insurance Company et al. )<br>*Defendant* ) | Case No.   14-cv-07510-JSR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Railroad Passenger Corporation

Date:   07/12/2018

/s/ John M. Leonard
*Attorney's signature*

John M. Leonard
*Printed name and bar number*
Anderson Kill P.C.
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020

*Address*

jleonard@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*